FILED

2009 APR 14  A 11: 04

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| SUN YUNG LEE )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>ZOM CLARENDON, L.P. )<br>  )<br>Defendant. ) | Civil Action No. 1:09cv402<br>TSE/JFA |

### PETITIONER ZOM CLARENDON, L.P.'S
### NOTICE OF REMOVAL

Petitioner Zom Clarendon, L.P. ("Zom"), defendant in the above-captioned case pending in the Circuit Court of Arlington County (Civil Action No. 09-289), by and through its undersigned counsel, files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446. In support of this Notice of Removal, Zom states as follows:

1. On or about March 17, 2009, Plaintiff Sun Yung Lee ("Plaintiff") filed an action styled *Sun Yung Lee v. Zom Clarendon, L.P.*, Civil Action No. 09-289, in the Circuit Court of Arlington County seeking a declaratory judgment pursuant to Virginia Code § 8.01-184 relating to an alleged easement. The monetary value of the alleged easement is in excess of $75,000.00. Pursuant to 28 U.S.C. § 1446, a true and correct copy of the Summons and Complaint served upon Zom are attached hereto as Exhibits A and B respectively. The date on or before which Zom is required by the Circuit Court of Arlington County to file a responsive pleading to the Plaintiff's Complaint has not lapsed.

2. Zom is a limited partnership formed under the laws of the state of Delaware and authorized to do business in the Commonwealth of Virginia. The Plaintiff is a resident of Virginia.

3. Zom desires to exercise its rights under the provisions of 28 U.S.C. § 1441, *et seq.*, to remove this action from the Circuit Court of Arlington County to the United States District Court for the Eastern District of Virginia, as the present suit is pending in this District.

4. This is an action of a civil nature in which the District Courts of the United States have been given original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and complete diversity of citizenship exists between the Plaintiff and Zom as shown above.

5. This Notice of Removal is timely pursuant to 28 U.S.C § 1446(b) as it was filed within 30 days after Zom's receipt of the initial pleadings setting forth the claim for relief upon which the proceeding is based.

6. No other parties are required to consent to the removal of this case as Zom is the only named defendant in the pending action.

7. Written notice of the filing of this Notice of Removal will be promptly served on the Plaintiff through his attorneys of record and will be filed with the clerk of the Circuit Court of Arlington County, as required under 28 U.S.C. § 1446(d).

WHEREFORE, Zom requests that this action be removed to the United States District Court for the Eastern District of Virginia and that this Court accept jurisdiction of this action and place it on the docket for further proceedings.

Dated:  April 14, 2009

WALSH, COLUCCI, LUBELEY,
 EMRICH & WALSH, P.C.

*E. Andrew Burcher* (signature)

John E. Rinaldi, Esq., VSB #31580
E. Andrew Burcher, Esq., VSB #41310
G. Evan Pritchard, Esq., VSB # 47309
WALSH, COLUCCI, LUBELEY,
EMRICH & WALSH, P.C.
Attorneys for Defendant
4310 Prince William Parkway, Suite 300
Prince William, VA 22192
Phone: (703) 680-4664
Fax:  (703) 680-2161
jrinaldi@thelandlawyers.com
eaburcher@thelandlawyers.com
gepritchard@thelandlawyers.com

ZOM CLARENDON, L.P.
By Counsel

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent via first class mail and facsimile, this 14th day of April, 2009, to:

William B. Lawson, Jr., Esq.
Benjamin T. Danforth, Esq.
Lawson, Tarter & Charvet, P.C.
6045 Wilson Boulevard, Suite 100
Arlington, VA 22205
Phone: (703) 534-4800
Fax: (703) 534-8225

Earl E. Shaffer, Esq.
2007 N. 15th St., Suite 106
Arlington, VA 22201
Phone: (703) 243-2922
Fax.: (703) 276-0130

*/s/ E. Andrew Burcher*
E. Andrew Burcher, Esq., VSB #41310
G. Evan Pritchard, Esq., VSB # 47309
WALSH, COLUCCI, LUBELEY,
EMRICH & WALSH, P.C.
Attorneys for Defendant
4310 Prince William Parkway, Suite 300
Prince William, VA 22192
Phone: (703) 680-4664
Fax: (703) 680-2161
eaburcher@thelandlawyers.com
gepritchard@thelandlawyers.com