UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

FILED
2009 APR 14  A 11: 05
CLERK US DISTRICT COURT
ALEXANDRIA. VIRGINIA

| | |
|---|---|
| SUN YUNG LEE | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:09cv402 |
| ZOM CLARENDON, L.P. | ) |
| Defendant. | ) |

## ANSWER

Defendant hereby answers the allegations contained in Plaintiff's Complaint for Declaratory Judgment and Injunctive Relief, originally filed in the Circuit Court of Arlington County before being removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446:

1. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 1 of the Complaint and they are therefore denied.

2. Defendant admits that the properties at issue are owned by Plaintiff and Defendant, respectively, and are located within Arlington County, Virginia. No response is required as to the appropriate venue.

3. Paragraph 3 is denied.

4. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 4 and they are therefore denied.

5. Defendant admits that it owns the parcels identified by the real property identification numbers as listed. Defendant is without sufficient information to admit or deny the remaining allegations contained in Paragraph 5 and they are therefore denied.

6. Paragraph 6 is admitted.

7. Paragraph 7 is denied.

8. Paragraph 8 is denied.

9. Paragraph 9 is denied.

10. Paragraph 10 is admitted.

11. Paragraph 11 is admitted.

12. Paragraph 12 is admitted.

13. Paragraph 13 is denied.

14. Paragraph 14 is denied.

15. Paragraph 15 is denied.

16. Paragraph 16 is denied.

17. Paragraph 17 is admitted.

18. Paragraph 18 is denied.

19. Paragraph 19 is denied.

20. Paragraph 20 is denied.

21. Defendant admits that Plaintiff has requested removal of the fence. The remaining allegations contained in Paragraph 21 are denied.

22. Defendant admits that the fence referenced in Paragraph 22 has not been removed. The remaining allegations contained in Paragraph 22 are denied.

23. Paragraph 23 is a legal conclusion to which no response is required.

24. Paragraph 24 is a legal conclusion to which no response is required.

25. No response is required to Paragraph 25.

26. The remaining Paragraphs 1-6 in the Complaint represent Plaintiff's prayer for relief, to which no response is required. To the extent a response is required, Paragraphs 1-6 are denied.

### AFFIRMATIVE DEFENSES

1. There is no statutory basis for Plaintiff's request for attorneys fees. The request therefore fails to state a claim upon which relief can be granted

2. Defendant reserves the right to raise any affirmative defenses that may arise as a result of discovery in this matter.

Dated: April 14, 2009

WALSH, COLUCCI, LUBELEY,
 EMRICH & WALSH, P.C.

*[signature]*

John E. Rinaldi, Esq., VSB #31580
E. Andrew Burcher, Esq., VSB #41310
G. Evan Pritchard, Esq., VSB # 47309
WALSH, COLUCCI, LUBELEY,
EMRICH & WALSH, P.C.
Attorneys for Defendant
4310 Prince William Parkway, Suite 300
Prince William, VA 22192
Phone: (703) 680-4664
Fax: (703) 680-2161
jrinaldi@thelandlawyers.com
eaburcher@thelandlawyers.com
gepritchard@thelandlawyers.com

ZOM CLARENDON, L.P.
By Counsel

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent via first class mail and facsimile, this 14th day of April, 2009, to:

>William B. Lawson, Jr., Esq.
>Benjamin T. Danforth, Esq.
>Lawson, Tarter & Charvet, P.C.
>6045 Wilson Boulevard, Suite 100
>Arlington, VA 22205
>Phone: (703) 534-4800
>Fax: (703) 534-8225

>Earl E. Shaffer, Esq.
>2007 N. 15th St., Suite 106
>Arlington, VA 22201
>Phone: (703) 243-2922
>Fax.: (703) 276-0130

>*/s/ E. Andrew Burcher*
>John E. Rinaldi, Esq., VSB #31580
>E. Andrew Burcher, Esq., VSB #41310
>G. Evan Pritchard, Esq., VSB # 47309
>WALSH, COLUCCI, LUBELEY,
>EMRICH & WALSH, P.C.
>Attorneys for Defendant
>4310 Prince William Parkway, Suite 300
>Prince William, VA 22192
>Phone: (703) 680-4664
>Fax: (703) 680-2161
>jrinaldi@thelandlawyers.com
>eaburcher@thelandlawyers.com
>gepritchard@thelandlawyers.com