**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)**

| | |
|---|---|
| **SUN YUNG LEE** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No. 1:09cv402** |
| ) | |
| **ZOM CLARENDON, L.P.,** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S EXHIBIT AND WITNESS LIST
AND RULE 26(a)(3) DISCLOSURES**

Comes Now, Defendant, ZOM Clarendon, L.P., by counsel and pursuant to the Pre-Trial Order in this matter and Rule 26(a)(3) submits the following exhibits and witnesses for trial:

**EXHIBIT LIST**

| No. | DESCRIPTION | I.D. | ADM. |
|---|---|---|---|
| 1 | Plat dated 3-31-1900, recorded in DB 102 Pg 138 (ZOM Prod 7/2/09 170) | | |
| 2 | Deed dated 7-7-26, recorded in DB 246 Pg 12 (ZOM Prod 7/2/09 379) | | |
| 3 | Deed dated 10-29-27, recorded in DB 270 Pg 113 (ZOM Prod 7/2/09 277) | | |
| 4 | Deed of Trust dated 7-10-28, recorded in Deed Book 282 at Page 570 (ZOM Prod 7/2/09 4) | | |
| 5 | Deed dated 7-14-28, recorded in Deed Book 292 at Page 32 (ZOM Prod 7/2/09 275) | | |
| 6 | Deed dated 9-18-29, recorded in Deed Book 303 at Page 125 (ZOM Prod 7/2/09 273) | | |
| 7 | Partial Release dated 3-1-32, recorded in Deed Book 331 at Page 310 (ZOM Prod 7/2/09 9) | | |
| 8 | Deed dated 5-27-32, recorded in Deed Book 336 at Page 87 (ZOM Prod 7/2/09 11) | | |
| 9 | Deed dated 5-22-35, recorded in Deed Book 373 at Page 97 (ZOM Prod 7/2/09 270) | | |
| 10 | Deed dated 6-1-36, recorded in Deed Book 390 at Page 261 (ZOM Prod 7/2/09 224) | | |
| 11 | Deed dated 4-2-41, DB 539 Pg 410 (ZOM Prod 7/2/09 221) | | |

| | | | |
|---|---|---|---|
| 12 | Deed dated 4-22-65, DB 1582 Pg 616 (ZOM Prod 7/2/09 219) | | |
| 13 | Deed dated 11-19-76, DB 1937 Pg 161 (ZOM Prod 7/2/09 155) | | |
| 14 | Deed dated 1-19-77, DB 1957 Pg 1540 (ZOM Prod 7/2/09 152) | | |
| 15 | Deed dated 2-15-78, DB 1967 Pg 259 (ZOM Prod 7/2/09 150) | | |
| 16 | Deed dated 11-15-79, DB 2001 Pg 1137(ZOM Prod 7/2/09 147); | | |
| 17 | Deed dated 2-9-06, DB 3949 Pg 1427 (ZOM Prod 7/2/09 281) | | |
| 18 | Deed dated 12-15-06, DB 4051 Pg 24 (ZOM Prod 7/2/09 491) | | |
| 19 | Permit for Lee fence and receipt dated 3-13-95 (LEE 283) | | |
| 20 | ALTA Survey dated 12-1-06 (ZOM Prod. 7-2-09, 721) | | |
| 21 | Permit for ZOM fence dated 2-28-07 (ZOM Prod. 7-2-09, 722) | | |
| 22 | Photographs of Easement area prior to demolition (ZOM Prod. 7-2-09, 767-770) | | |
| 23 | Google Street View Photographs of Easement area prior to demolition (ZOM Prod. 7-2-09, 125-127) | | |
| 24 | Arlington County aerial photos prior to demolition (ZOM Prod. 7-2-09, 130-131) | | |
| 25 | Photographs of Easement area after demolition (ZOM Prod. 7-2-09, 108-121) | | |
| 26 | Letter dated 8-15-07 from Andrew Lawrence, Esq., to Anthony Pagano, Esq. enclosing documents recorded in Book 331 at Pages 308, 310 (ZOM Prod. 7-2-09, 485-489) | | |
| 27 | Letter dated 11-19-08 from Henry Brandenstein, Esq., to Andrew Lawrence, Esq., requesting any additional bases for easement claim (ZOM INITIAL DISCLOSURES 10-11) | | |
| 28 | Letter from Erika Byrd, Esq., to Arlington County Attorney regarding easement claim (ZOM INITIAL DISCLOSURES 20-53) | | |
| 29 | Title abstract for ZOM property dated 10-2-07 prepared by Lawrence Wilbur | | |
| 30 | Title abstract for Lee property dated 10-2-07 prepared by Lawrence Wilbur | | |
| 31 | Graphic depicting ownership of ZOM and Lee properties over time | | |
| | Defendant may rely upon any exhibit listed by Plaintiff. | | |
| | Defendant reserves the right to supplement this list with any document produced in expert discovery, which is still ongoing. Defendant's expert disclosures are due on July 17, and any rebuttal by Plaintiff is due July 22. The deadline for depositions of experts is July 31, 2009. | | |
| | Defendant reserves the right to supplement this list, for rebuttal purposes, with any document produced during discovery. | | |

## WITNESS LIST

Defendant will call the following witnesses:

1. John Strother
2. Jim Dunlop
3. Bob Gordon
4. Don Williams
5. Jeannie Williams
6. Sun Yung Lee

Defendant may call the following witnesses:

1. Sam Moore

Defendant will supplement this list as necessary on Friday, July 17, 2009, which is the deadline for Defendant to make its expert disclosures pursuant to Rule 26. Defendant reserves the right to call any witness listed on Plaintiff's List of Witnesses.


Dated: July 16, 2009

                Respectfully submitted,

                WALSH, COLUCCI, LUBELEY,
                EMRICH & WALSH, P.C.


                /s/ E. Andrew Burcher
                John E. Rinaldi, Esq., VSB #31580
                E. Andrew Burcher, Esq., VSB #41310
                G. Evan Pritchard, Esq., VSB # 47309
                WALSH, COLUCCI, LUBELEY,
                EMRICH & WALSH, P.C.
                Attorneys for Defendant
                4310 Prince William Parkway, Suite 300
                Prince William, VA 22192
                Phone: (703) 680-4664
                Fax:  (703) 680-2161
                jrinaldi@thelandlawyers.com
                eaburcher@thelandlawyers.com
                gepritchard@thelandlawyers.com

# CERTIFICATE OF SERVICE

      I, E. Andrew Burcher, hereby certify that on the 16th day of July, 2009, I filed the foregoing EXHIBIT AND WITNESS LIST AND RULE 26(a)(3) DISCLOSURES by using the CM/ECF system which will send a notice of electronic filing through the Court's electronic filing systems to counsel for the Plaintiffs as follows:

    Mark D. Cummings, Esq., VSB #18271
    SHER, CUMMINGS & ELLIS
    3800 N. Fairfax Drive, Suite 7
    Arlington, VA 22203
    Phone: (703) 525-1200
    Fax: (703) 525-0067
    mcummings@sherandcummings.com


                              WALSH, COLUCCI, LUBELEY,
                              EMRICH & WALSH, P.C.


                              /s/ E. Andrew Burcher
                              E. Andrew Burcher, VSB #41310
                              Attorney for Defendant
                              4310 Prince William Parkway, Suite 300
                              Prince William, VA 22192
                              Phone: (703) 680-4664
                              Fax:  (703) 680-2161
                              eaburcher@thelandlawyers.com