# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (ALEXANDRIA DIVISION)

| | |
|---|---|
| SUN YUNG LEE | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:09cv402 |
| | ) |
| ZOM CLARENDON, L.P., | ) |
| | ) |
|     Defendant. | ) |

### DEFENDANT'S REVISED EXHIBIT AND WITNESS LIST
### AND RULE 26(a)(3) DISCLOSURES

Comes Now, Defendant, ZOM Clarendon, L.P., by counsel and pursuant to the Pre-Trial Order in this matter and Rule 26(a)(3) submits the following exhibits and witnesses for trial:

### EXHIBIT LIST

| No. | DESCRIPTION | I.D. | ADM. |
|---|---|---|---|
| 1 | Plat dated 3-31-1900, recorded in DB 102 Pg 138 (ZOM Prod 7/2/09 170) | | |
| 2 | Deed dated 7-7-26, recorded in DB 246 Pg 12 (ZOM Prod 7/2/09 379) | | |
| 3 | Deed dated 10-29-27, recorded in DB 270 Pg 113 (ZOM Prod 7/2/09 277) | | |
| 4 | Deed of Trust dated 7-10-28, recorded in Deed Book 282 at Page 570 (ZOM Prod 7/2/09 4) | | |
| 5 | Deed dated 7-14-28, recorded in Deed Book 292 at Page 32 (ZOM Prod 7/2/09 275) | | |
| 6 | Deed dated 9-18-29, recorded in Deed Book 303 at Page 125 (ZOM Prod 7/2/09 273) | | |
| 7 | Partial Release dated 3-1-32, recorded in Deed Book 331 at Page 310 (ZOM Prod 7/2/09 9) | | |
| 8 | Deed dated 5-27-32, recorded in Deed Book 336 at Page 87 (ZOM Prod 7/2/09 11) | | |
| 9 | Deed dated 5-22-35, recorded in Deed Book 373 at Page 97 (ZOM Prod 7/2/09 270) | | |
| 10 | Deed dated 6-1-36, recorded in Deed Book 390 at Page 261 (ZOM Prod 7/2/09 224) | | |
| 11 | Deed dated 4-2-41, DB 539 Pg 410 (ZOM Prod 7/2/09 221) | | |

| | | | |
|---|---|---|---|
| 12 | Deed dated 4-22-65, DB 1582 Pg 616 (ZOM Prod 7/2/09 219) | | |
| 13 | Deed dated 11-19-76, DB 1937 Pg 161 (ZOM Prod 7/2/09 155) | | |
| 14 | Deed dated 1-19-77, DB 1957 Pg 1540 (ZOM Prod 7/2/09 152) | | |
| 15 | Deed dated 2-15-78, DB 1967 Pg 259 (ZOM Prod 7/2/09 150) | | |
| 16 | Deed dated 11-15-79, DB 2001 Pg 1137(ZOM Prod 7/2/09 147); | | |
| 17 | Deed dated 2-9-06, DB 3949 Pg 1427 (ZOM Prod 7/2/09 281) | | |
| 18 | Deed dated 12-15-06, DB 4051 Pg 24 (ZOM Prod 7/2/09 491) | | |
| 19 | Permit for Lee fence and receipt dated 3-13-95 (LEE 283) | | |
| 20 | ALTA Survey dated 12-1-06 (ZOM Prod. 7-2-09, 721) | | |
| 21 | Permit for ZOM fence dated 2-28-07 (ZOM Prod. 7-2-09, 722) | | |
| 22 | Photographs of Easement area prior to demolition (ZOM Prod. 7-2-09, 767-770) | | |
| 23 | Google Street View Photographs of Easement area prior to demolition (ZOM Prod. 7-2-09, 125-127) | | |
| 24 | Arlington County aerial photos prior to demolition (ZOM Prod. 7-2-09, 130-131) | | |
| 25 | Photographs of Easement area after demolition (ZOM Prod. 7-2-09, 108-121) | | |
| 26 | Letter dated 8-15-07 from Andrew Lawrence, Esq., to Anthony Pagano, Esq. enclosing documents recorded in Book 331 at Pages 308, 310 (ZOM Prod. 7-2-09, 485-489) | | |
| 27 | Letter dated 11-19-08 from Henry Brandenstein, Esq., to Andrew Lawrence, Esq., requesting any additional bases for easement claim (ZOM INITIAL DISCLOSURES 10-11) | | |
| 28 | Letter from Erika Byrd, Esq., to Arlington County Attorney regarding easement claim (ZOM INITIAL DISCLOSURES 20-53) | | |
| 29 | Title abstract for ZOM property dated 10-2-07 prepared by Lawrence Wilbur | | |
| 30 | Title abstract for Lee property dated 10-2-07 prepared by Lawrence Wilbur | | |
| 31 | Graphic depicting ownership of ZOM and Lee properties over time | | |
| 32 | ==Report of Robert Gordon== dated 7-13-09 | | |
| 33 | Report of Lawrence Wilbur dated 7-17-09 | | |
| | Defendant may rely upon any exhibit listed by Plaintiff. | | |

## WITNESS LIST

Defendant will call the following witnesses:

1. John Strother
2. Jim Dunlop
3. Don Williams
4. Jeannie Williams
5. Sun Yung Lee
6. Robert Gordon (Expert Witness)
7. Lawrence Wilbur (Expert/Fact Witness)

Defendant may call the following fact witness:

1. Sam Moore

Defendant reserves the right to call any witness listed on Plaintiff's List of Witnesses.

Dated: July 23, 2009

        Respectfully submitted,

        WALSH, COLUCCI, LUBELEY,
        EMRICH & WALSH, P.C.

        /s/ G. Evan Pritchard
        John E. Rinaldi, Esq., VSB #31580
        E. Andrew Burcher, Esq., VSB #41310
        G. Evan Pritchard, Esq., VSB # 47309
        WALSH, COLUCCI, LUBELEY,
        EMRICH & WALSH, P.C.
        Attorneys for Defendant
        4310 Prince William Parkway, Suite 300
        Prince William, VA 22192
        Phone: (703) 680-4664
        Fax:  (703) 680-2161
        jrinaldi@thelandlawyers.com
        eaburcher@thelandlawyers.com
        gepritchard@thelandlawyers.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 23rd day of July, 2009, I filed the foregoing EXHIBIT AND WITNESS LIST AND RULE 26(a)(3) DISCLOSURES by using the CM/ECF system which will send a notice of electronic filing through the Court's electronic filing systems to counsel for the Plaintiffs as follows:

  Mark D. Cummings, Esq., VSB #18271
  SHER, CUMMINGS & ELLIS
  3800 N. Fairfax Drive, Suite 7
  Arlington, VA 22203
  Phone: (703) 525-1200
  Fax: (703) 525-0067
  mcummings@sherandcummings.com

          WALSH, COLUCCI, LUBELEY,
          EMRICH & WALSH, P.C.


          /s/ G. Evan Pritchard
          E. Andrew Burcher, VSB #41310
          G. Evan Pritchard, Esq., VSB # 47309
          Attorneys for Defendant
          4310 Prince William Parkway, Suite 300
          Prince William, VA 22192
          Phone: (703) 680-4664
          Fax:  (703) 680-2161
          eaburcher@thelandlawyers.com
          gepritchard@thelandlawyers.com