# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (ALEXANDRIA DIVISION)

| | |
|---|---|
| **SUN YUNG LEE**             ) | |
|     **Plaintiff,**          ) | Case No. 1:09CV402 |
| v.                           ) | |
|                            ) | |
| **ZOM CLARENDON, L.P.**      ) | |
|     **Defendant.**         ) | |
|                            ) | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S RULE 26(a)(3) PRETRIAL DISCLOSURES

COMES NOW the Plaintiff, Sun Yung Lee, by counsel, objects to Defendant's Rule 26(a)(3) Pretrial Disclosure Exhibit List, and states as follows:

### SPECIFIC OBJECTIONS

**EXHIBIT NO. 27**:   Letter dated 11-19-08 from Henry Brandenstein, Esq. to Andrew Lawrence, Esq., requesting any additional bases for easement claim (ZOM INITIAL DISCLOSURES 10-11).

**OBJECTION**:   Plaintiff objects to this exhibit on the grounds that it is irrelevant, and it contains a hearsay opinion from a witness who purports to be a legal expert on easements who was not offered as an expert. It violates Rule 801 and 802 of the Federal Rules of Evidence and Rule 26 of the Federal Rules of Civil Procedure.

**EXHIBIT NO. 28**:   Letter from Erika Byrd, Esq. to Arlington County Attorney regarding easement claim (ZOM INITIAL DISCLOSURES 20-53).

**OBJECTION**: Plaintiff objects to this exhibit on the grounds that it contains a hearsay opinion in the attachment from a witness who purports to be a legal expert on easements. It violates Rule 801 and 802 of the Federal Rules of Evidence and Rule 26 of the Federal Rules of Civil Procedure.

**EXHIBIT NO. 31**: Graphic depicting ownership of ZOM and Lee properties over time.

**OBJECTION**: Plaintiff objects to this exhibit on the grounds that it is hearsay, the graphics were created after the fact, by an unknown author and are not contained in the chain of title. The graphics have not been authenticated, do not accurately reflect the facts of this case and purport to contain opinions of an expert whose identity has not been disclosed. It violates Rule 801 and 802 of the Federal Rules of Evidence and Rule 26 of the Federal Rules of Civil Procedure.

Plaintiff preserves her objections to any motions in limine and reserves the right to adopt any grounds set forth in Defendant's motion in limine that Plaintiff believes may be relevant to her position.

Dated: July 27, 2009                                        Respectfully submitted,

                                                            SUN YUNG LEE
                                                            By Counsel
.

**SHER CUMMINGS AND ELLIS**

_____/s/_____
Mark Cummings, Esq.
VSB # 18271

Attorney for Sun Yung Lee
Sher, Cummings & Ellis
3800 North Fairfax Drive, Suite 7
Arlington, Virginia 22203
Phone: (703) 525-1200
Fax: (703) 525-0067
Email: mcummings@SherandCummings.com

## CERTIFICATE OF SERVICE

        I hereby certify that on this 27th day of July, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

E.Andrew Burcher, Esq., VSB # 41310
G. Evan Pritchard, Esq., VSB # 47309
WALSH, COLUCCI, LUBELEY,
EMRICH & WALSH, P.C.
4310 Prince William Parkway, Suite 300
Prince William, VA 22192
Phone: (703) 680-4664
Fax: (703) 680-2161
eaburcher@thelandlawyers.com
gepritchard@thelandlawyers.com


                                                            /s/
                                          Mark Cummings
                                          VSB # 18271
                                          Attorney for Sun Yung Lee
                                          Sher, Cummings & Ellis
                                          3800 North Fairfax Drive, Suite 7
                                          Arlington, Virginia 22203
                                          Phone: (703) 525-1200
                                          Fax: (703) 525-0067
                                          Email: mcummings@SherandCummings.com