**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(ALEXANDRIA DIVISION)**

| | |
|---|---|
| **SUN YUNG LEE** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 1:09cv402** |
| | ) |
| **ZOM CLARENDON, L.P.,** | ) |
| | ) |
| **Defendant.** | ) |

**JOINT STATEMENT OF UNCONTROVERTED FACTS**

Comes Now, Plaintiff, Sun Yung Lee, and Defendant, ZOM Clarendon, L.P., by their

respective counsel (collectively, the "Parties"), and pursuant to the Court's Order of July 16,

2009, stipulate that the following facts are not in dispute:

1. Plaintiff owns certain real property in Arlington County, Virginia, located at 3201

Washington Boulevard, identified by Real Property Code ("RPC") 15-078-001, and having a

legal description of all of Lots 238, 239, 240 of the Subdivision of Clarendon (the "Lee

Property"), and at 1122 N. Irving Street, RPC 15-078-002, described as part of Lots 217 and 241

(the "Reamy Property").

2. Defendant owns certain real property in Arlington County, Virginia, identified by RPC

15-078-017, 15-078-005, 15-078-016, 15-078-015, 15-078-014, 15-078-013, 15-078-023, 15-

078-004, 15-078-003, and 15-078-018, and having a legal description of Lots 242 through 247,

206 through 216, and part of Lots 217 and 241 of the Subdivision of Clarendon (collectively, the

"ZOM Property").

3. The Plaintiff's property and Defendant's property are contiguous and share some

common property lines.

4.  A true and accurate copy of the deed recorded among the land records of Arlington County[1] in Book 102 at Page 138, and which created the Subdivision of Clarendon, is attached hereto as the Parties' Joint Exhibit 1.

5.  A true and accurate copy of the deed recorded in Book 201 at Page 495 is attached hereto as Joint Exhibit 2.

6.  A true and accurate copy of the deed recorded in Book 246 at Page 12 is attached hereto as Joint Exhibit 3.

7.  A true and accurate copy of the deed recorded in Book 254 at Page 172 is attached hereto as Joint Exhibit 4.

8.  A true and accurate copy of the deed recorded in Book 270 at Page 113 is attached hereto as Joint Exhibit 5.

9.  A true and accurate copy of the deed recorded in Book 282 at Page 570 is attached hereto as Joint Exhibit 6.

10. A true and accurate copy of the deed recorded in Book 292 at Page 32 is attached hereto as Joint Exhibit 7.

11. A true and accurate copy of the deed recorded in Book 303 at Page 122 is attached hereto as Joint Exhibit 8.

12. A true and accurate copy of the deed recorded in Book 303 at Page 125 is attached hereto as Joint Exhibit 9.

13. A true and accurate copy of the deed recorded in Book 331 at Page 308 is attached hereto as Joint Exhibit 10.

---

[1] All subsequent book and page references are to the land records of Arlington County, Virginia.

14. A true and accurate copy of the deed recorded in Book 331 at Page 310 is attached hereto as Joint Exhibit 11.

15. A true and accurate copy of the deed recorded in Book 331 at Page 312 is attached hereto as Joint Exhibit 12.

16. A true and accurate copy of the deed recorded in Book 336 at Page 87 is attached hereto as Joint Exhibit 13.

17. A true and accurate copy of the deed recorded in Book 338 at Page 216 is attached hereto as Joint Exhibit 14.

18. A true and accurate copy of the deed recorded in Book 354 at Page 79 is attached hereto as Joint Exhibit 15.

19. A true and accurate copy of the deed recorded in Book 373 at Page 97 is attached hereto as Joint Exhibit 16.

20. A true and accurate copy of the deed recorded in Book 390 at Page 261 is attached hereto as Joint Exhibit 17.

21. A true and accurate copy of the deed recorded in Book 438 at Page 340 is attached hereto as Joint Exhibit 18.

22. A true and accurate copy of the deed recorded in Book 539 at Page 410 is attached hereto as Joint Exhibit 19.

23. A true and accurate copy of the deed recorded in Book 636 at Page 490 is attached hereto as Joint Exhibit 20.

24. A true and accurate copy of the deed recorded in Book 1247 at Page 576 is attached hereto as Joint Exhibit 21.

25. A true and accurate copy of the deed recorded in Book 1319 at Page 235 is attached hereto as Joint Exhibit 22.

26. A true and accurate copy of the deed recorded in Book 1348 at Page 209 is attached hereto as Joint Exhibit 23.

27. A true and accurate copy of the deed recorded in Book 1531 at Page 30 is attached hereto as Joint Exhibit 24.

28. A true and accurate copy of the deed recorded in Book 1531 at Page 32 is attached hereto as Joint Exhibit 25.

29. A true and accurate copy of the deed recorded in Book 1582 at Page 616 is attached hereto as Joint Exhibit 26.

30. A true and accurate copy of the deed recorded in Book 1654 at Page 440 is attached hereto as Joint Exhibit 27.

31. A true and accurate copy of the deed recorded in Book 1937 at Page 154 is attached hereto as Joint Exhibit 28.

32. A true and accurate copy of the deed recorded in Book 1937 at Page 161 is attached hereto as Joint Exhibit 29.

33. A true and accurate copy of the deed recorded in Book 1957 at Page 1540 is attached hereto as Joint Exhibit 30.

34. A true and accurate copy of the deed recorded in Book 1967 at Page 259 is attached hereto as Joint Exhibit 31.

35. A true and accurate copy of the deed recorded in Book 1985 at Page 935 is attached hereto as Joint Exhibit 32.

36. A true and accurate copy of the deed recorded in Book 2001 at Page 1137 is attached hereto as Joint Exhibit 33.

37. A true and accurate copy of the deed recorded in Book 2005 at Page 496 is attached hereto as Joint Exhibit 34.

38. A true and accurate copy of the deed recorded in Book 3949 at Page 1427 is attached hereto as Joint Exhibit 35.

39. A true and accurate copy of the deed recorded in Book 4051 at Page 24 is attached hereto as Joint Exhibit 36.

Counsel for Plaintiff has authorized Defendant to file this Joint Statement on behalf of both Parties.

Dated:  August 25, 2009

Respectfully submitted,

WALSH, COLUCCI, LUBELEY,
EMRICH & WALSH, P.C.


/s/ G. Evan Pritchard
John E. Rinaldi, Esq., VSB #31580
E. Andrew Burcher, Esq., VSB #41310
G. Evan Pritchard, Esq., VSB # 47309
WALSH, COLUCCI, LUBELEY,
EMRICH & WALSH, P.C.
Attorneys for Defendant
4310 Prince William Parkway, Suite 300
Prince William, VA 22192
Phone: (703) 680-4664
Fax:  (703) 680-2161
jrinaldi@thelandlawyers.com
eaburcher@thelandlawyers.com
gepritchard@thelandlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2009, I filed the foregoing JOINT STATEMENT OF UNCONTROVERTED FACTS by using the CM/ECF system which will send a notice of electronic filing through the Court's electronic filing systems to counsel for the Plaintiff as follows:

Mark D. Cummings, Esq., VSB #18271
SHER, CUMMINGS & ELLIS
3800 N. Fairfax Drive, Suite 7
Arlington, VA 22203
Phone: (703) 525-1200
Fax: (703) 525-0067
mcummings@sherandcummings.com

WALSH, COLUCCI, LUBELEY,
EMRICH & WALSH, P.C.

/s/ G. Evan Pritchard
E. Andrew Burcher, VSB #41310
G. Evan Pritchard, Esq., VSB # 47309
Attorneys for Defendant
4310 Prince William Parkway, Suite 300
Prince William, VA 22192
Phone: (703) 680-4664
Fax: (703) 680-2161
eaburcher@thelandlawyers.com
gepritchard@thelandlawyers.com

6