PLAINTIFF'S EXHIBIT LIST

| | |
|---|---|
| Exhibit A | 1935 Sunderman Survey |
| Exhibit B | Affidavit and report: Douglass Mackall |
| Exhibit C | Affidavit and report: Neil Title |
| Exhibit D | Affidavit and report: Kirk Foster |
| Exhibit E | 1950 Arlington Survey |
| Exhibit F | Excerpt: Lai Jean William Deposition |
| F-1 | Additional Excerpt of Lai Jean William Deposition |
| Exhibit G | Excerpt: Sun Yung Lee Deposition |
| G-1 | Additional Excerpt of Sun Yung Lee Deposition |
| Exhibit H | Excerpt: Donald Williams Deposition |
| Exhibit I | Plaintiff's First Response to Interrogatories |
| Exhibit J | Defendant's Expert Report: Lawrence Wilbur title examination |
| Exhibit K | Defendant's Expert Report: Robert Gordon |
| Exhibit L | Plaintiff's 1995 fence permit |
| Exhibit M | A. Lawrence March 27, 2007 letter to Defendant |
| Exhibit N | Satellite Photographs |
| Exhibit O | Plaintiff's Trash and Oil Bin Area |
| Exhibit P | Defendant's Alta Survey |
| Exhibit Q | Excerpt of Wilbur Report Defendant's Title Abstract |
| Exhibit R | Lee/Zom correspondence |
| Exhibit S | Excerpt of Jt. Ex. highlighting relevant provisions in deeds |
| Exhibit T | Affidavit of Sun Yung Lee |
| Exhibit U | Affidavit of Donald Williams |
| U-1 | Satellite photos |
| Exhibit V | Excerpt: John Strother Deposition |
| Exhibit W | Washington Post Articles |
| W-1 | 1932 Article |
| W-2 | 1930 Article |
| Exhibit X | Excerpt of Kirk Fosters Affidavit and report |