Page 26

1  Q   And you don't remember who the lower part
2  was rented to?
3  A   It was some guy that was selling antiques.
4  Q   Okay.
5  A   I don't recall.
6  Q   How long was he there?
7  A   I have no idea.
8  Q   Okay. And then after the antique guy
9  left, anybody downstairs?
10  A   Probably David Flint.
11  Q   Okay. Who was he?
12  A   He sold brass beds.
13  Q   Okay. How long was he there, do you
14  remember?
15  A   Goodness. I don't recall what he started,
16  but he was there before my grandfather passed away. But
17  I know that he didn't rent the lower part of the Reamy
18  building until that antique guy moved out and then he
19  took over that too because he was renting buildings on
20  Irving Street and he wanted to expand. He needed more
21  space.
22  Q   Did he use it as storage or did he use it
23  as more showroom?

Page 27

1  A   He used it -- for that particular part, he
2  used it for storage.
3  Q   Okay. Did anybody occupy the upstairs of
4  the Reamy property at any time after your grandparents
5  passed away?
6  A   No.
7  Q   Okay. And so you started your business in
8  1990. Is it safe to say you've been there pretty much
9  daily or at least five days a week since 1990 on?
10  A   Well, we used to be open six days a week
11  and then we got lazy.
12  Q   Okay. Did you ever personally examine the
13  land records with respect to title to this property?
14  A   Did I ever?
15  Q   Yes, did you ever.
16  A   Yes.
17  Q   Okay. And when did you do that?
18  A   After ZOM put up their fence.
19  Q   After they put up the fence. Before ZOM
20  put up the fence did you do any type of investigation to
21  find out whether this easement existed or not?
22  A   No.
23  Q   No? None whatsoever?

Page 28

1  A   No.
2  Q   So what made you think that there was an
3  easement to begin with?
4  A   We've always used it.
5  Q   You just always used it?
6  A   And it states that -- you know, we've
7  never had any issue.
8  Q   Yeah. Well, did your grandfather ever
9  specifically tell you, hey, we have an easement here?
10  A   Nobody --
11  Q   No?
12  A   It's sort of like the rent situation. I
13  was not ever called into anything unless there was an
14  issue.
15  Q   Okay.
16  A   And so if there was no issue, I don't
17  think anything was discussed about it saying, hey, use
18  this.
19  Q   Okay. How about your -- and so the same
20  goes for your father? Your father never said we have an
21  easement here? He just -- you just kind of used it?
22  A   I don't recall.
23  Q   Okay. Great. So you don't recall any

Page 29

1  specific conversations with your father about the
2  existence of the easement?
3  A   (Shaking head.)
4  Q   How about with your mother?
5       MR. CUMMINGS: You have to say no.
6       MR. RINALDI: Oh, yeah, I'm sorry.
7       THE WITNESS: I'm sorry.
8       BY MR. RINALDI:
9  Q   I'm sorry. I missed that too.
10  A   Now, you're saying ever?
11  Q   Yeah, ever. Yeah.
12  A   Well, you know, we're discussing it now.
13  Q   Well, but with your father. What I mean
14  is with your father when he was alive, did you ever have
15  any specific discussions about the easement or the use of
16  the easement?
17  A   You know, probably, because he is the one
18  that gave me the survey.
19  Q   Okay. And which survey is that?
20  A   The Sunderman survey.
21  Q   Okay. When is the first time you saw the
22  Sunderman survey?
23  A   I couldn't tell you.

EXHIBIT F-1

Page 46

1    Q    From Arlington County.
2    A    No.
3    Q    Okay. How about from anybody who owned
4    the Strother property, be it Faison or any of the other
5    previous owners?
6    A    You're talking about owners?
7    Q    Yeah.
8    A    No.
9    Q    Okay. Well, she did get letters with
10   offers to purchase the property; did she not?
11   A    Correct.
12   Q    Okay. And she clearly didn't accept any
13   of those. Did you ever speak with her about why she
14   didn't want to take any of those offers?
15   A    It was not my place as -- to ask her why
16   aren't you taking the offer.
17   Q    Okay. But it was -- but -- okay. But you
18   never had any specific discussions about them with her;
19   did you? Or did you?
20   A    What do you mean?
21   Q    Like -- well, would you know that if --
22   suppose Faison made an offer to purchase the property,
23   would you know about those offers?

Page 47

1    A    Yes, because it goes to their house.
2    Q    Yeah.
3    A    And she would go and -- or, you know, when
4    my father was alive they would turn it over and say this
5    is what's happening.
6    Q    So were you aware of a specific offer of
7    three and a half million dollars from -- no, it was two
8    and a half million dollars from ZOM.
9         What offers to purchase do you know about?
10   Let's do that. Let's go back through --
11   A    Do you want me to pull out all the ones --
12        MR. CUMMINGS: He is asking you for your
13   memory.
14        BY MR. RINALDI:
15   Q    Yeah, just what you know. What you
16   remember.
17   A    Well, if you're asking directly from ZOM,
18   I believe that offer was sent to her attorney, not to
19   her.
20   Q    Okay. But did she know about it?
21   A    She knows everything.
22   Q    That's what I figured. Did you know about
23   it?

Page 48

1    A    Yes, because, you know --
2    Q    Yeah. And did you specifically discuss
3    that particular offer with her?
4    A    She knows everything that I know.
5    Q    Okay.
6    A    Basically.
7    Q    Okay. But, you know -- and so is the
8    reason for that is because you're reading her letters to
9    her and things like that? I think she --
10   A    She doesn't understand that much English.
11   Q    Yes. So do you communicate to her all the
12   -- if she got a letter in English, you would -- you would
13   translate it and communicate it to her?
14   A    Well, when you say translate, meaning word
15   by word?
16   Q    No, I mean just generally communicate.
17   A    To let her know what --
18   Q    Yeah, what's going on?
19   A    Yes. Evidently she got -- everybody seems
20   to think that she is not being told.
21   Q    I don't --
22   A    No, no, no, no.
23   Q    -- mean to imply that at all, no.

Page 49

1    A    She also got a letter in Chinese from one
2    attorney.
3    Q    Oh, okay.
4    A    So she knows.
5    Q    Okay.
6    A    I can't read it. She can, though.
7    Q    Okay.
8         MR. CUMMINGS: It could say anything.
9         BY MR. RINALDI:
10   Q    But you never discussed with her why she
11   never took any of those sales offers?
12   A    It's not my position to question her.
13   Q    Yeah, that's fine. I understand.
14        Your mother had some interrogatory answers
15   that they've supplemented. Can I get a copy?
16        Did you help her on these answers?
17   A    Actually she helped me.
18   Q    Really. So just tell me how generally
19   that happened. Did you read the questions to her and she
20   would tell you the answers?
21        MR. CUMMINGS: Tell him how you did it.
22   How did we get to these answers? How did they get from
23   the questions that I sent to that piece of paper?

13 (Pages 46 to 49)