Page 38

1 exhibit a fence.
2     Is that the fence your husband installed?
3     THE INTERPRETER: Counsel, may I ask to
4 verify the language?
5     (The Interpreter and the Witness confer.)
6     THE WITNESS: It was not clear to me. I
7 did not drive over there that much.
8     BY MR. BURCHER:
9   Q  So your testimony is that your husband
10 installed a fence; is that correct?
11   A  Correct.
12   Q  Do you recall when that occurred?
13   A  That, I could not recall.
14     My husband was in charge of that. I
15 didn't have to care for.
16   Q  Okay.
17     MR. BURCHER: I would like to take a break
18 and talk to Mr. Rinaldi. I might be done.
19     (Recess.)
20     MR. BURCHER: I have no further questions.
21     (Discussion off the record.)

Page 39

1     EXAMINATION BY COUNSEL FOR THE PLAINTIFF
2     BY MR. CUMMINGS:
3   Q  Ms. Lee --
4     -- I want to ask you about Exhibit 4.
5     Do you recall receiving a document like
6 Exhibit 4 when you went to closing with your husband?
7   A  Yeah. He gave to me, then I went to the
8 bank.
9   Q  And you put this document with other
10 documents in a safe deposit box?
11   A  Correct.
12   Q  Now, Mr. Burcher showed you a document,
13 Exhibit 8 --
14     -- okay, which appears to be an overhead
15 photograph.
16     We don't know the year.
17   A  I don't know.
18   Q  Okay. But is this Exhibit 8 an overhead
19 that shows the stores in Exhibit 4?
20   A  (Reviewing document.)
21     I saw the one that they gave me a big
22 size.
23     A big one.

Page 40

1   Q  Okay. So you're saying that Exhibit 4 you
2 saw, it was a bigger size?
3   A  Yeah, bigger one is correct.
4   Q  Okay.
5   A  For this one, I did not see that.
6   Q  You saw a bigger one that showed the same
7 thing?
8   A  Correct.
9   Q  Okay.
10   A  I have the bigger size at home.
11   Q  Oh, you do? Okay.
12   A  No, no, no, not in our --
13     The few copies. The several copies.
14   Q  Now, did your family operate a restaurant
15 on the property show in Exhibit 8?
16   A  I operate restaurant.
17   Q  What was the name of the restaurant?
18   A  Lee Restaurant.
19   Q  Did you operate the restaurant before your
20 husband bought the property?
21   A  I didn't know that. It was operated by my
22 husband and father-in-law.
23   Q  What year did it open?

Page 41

1     THE INTERPRETER: Counsel, you mean the
2 restaurant; right?
3     MR. CUMMINGS: The restaurant.
4     THE WITNESS: 1956.
5     Never forgot.
6     BY MR. CUMMINGS:
7   Q  Okay. And what year was the property
8 purchased?
9   A  1963.
10   Q  Okay. So as for my earlier question --
11     -- you rented the restaurant space before
12 you owned it?
13     THE INTERPRETER: May I repeat that?
14     THE WITNESS: I leased. That was seven
15 years. Good.
16     BY MR. CUMMINGS:
17   Q  During that time when you went to work, do
18 you recall if you or your husband ever drove over the
19 alley to get to work? And I'm pointing to the area where
20 the easement is.
21     THE INTERPRETER: Counsel, you mean during
22 the seven years; right?
23     MR. CUMMINGS: During the seven years.

ANITA B. GLOVER & ASSOCIATES, LTD.
10521 WEST DRIVE    703-591-3004    FAIRFAX, V

EXHIBIT G-1