

April 3, 2007

Andrew G. Lawrence
Attorney at Law
10619 Jones Street, 3rd Floor
Fairfax, VA 22030

Dear Mr. Lawrence:

We are in receipt of your letter dated March 22, 2007 regarding the fence that ZOM Mid-Atlantic, Inc. installed on our property located generally at 1200 - 1228 N. Irving Street and 3219 – 3225 Washington Boulevard in Arlington.

I have enclosed the Preliminary Subdivision Plat and the Existing Conditions Site Plan for our property for your reference. Based on these documents it is our belief that the fence encloses our property alone and does not impede your clients' use of their property.

Thank you.

Sincerely Yours,

Peter J. Bonnell

Enc.: 2

RECEIVED APR 6 2007

RECEIVED APR 5 2007

ZOM Mid-Atlantic, Inc.
1530 Wilson Blvd., Suite 120
Arlington, VA 22209

Tel 703.875.0570
Fax 703.875.0574
www.zomusa.com

EXHIBIT
R

ANDREW G. LAWRENCE
ATTORNEY AT LAW
10619 Jones Street - 3rd Floor
Fairfax, Virginia 22030
(703) 352-5858

Arlington Office:
3300 North Fairfax Drive
Suite 222
Arlington, Virginia 22201
(703) 522-2429

July 26, 2007

ZOM Mid-Atlantic, Inc.
1530 Wilson Boulevard - Suite 120
Arlington, Virginia 22209
    Att: Peter J. Bonnell

Re: The Irving at Clarendon Station

Dear Mr. Bonnell:

    Your letter dated April 3, 2007 in response to mine of March 22, 2007 does not address ZOM Mid-Atlantic, Inc.'s interference with the fourteen foot right-of-way along Mrs. Lee's property. Be advised that my client has no intention of relinquishing her rights to said right-of-way and you need to plan your construction accordingly.

Sincerely yours,

Andrew G. Lawrence

6

ANDREW G. LAWRENCE
ATTORNEY AT LAW
10619 Jones Street - 3rd Floor
Fairfax, Virginia 22030
(703) 352-5858

Arlington Office:
3300 North Fairfax Drive
Suite 222
Arlington, Virginia 22201
(703) 522-2429

August 15, 2007

Anthony Pagano, Esquire
Venable LLP
One Church Street -5th Floor
Rockville, Maryland 20850

Re: Zom Mid-Atlantic, Inc.'s project known
as The Irving at Clarendon Station

Dear Mr. Pagano:

My apologies for the delay in getting the enclosed information to you but I have been out of town. The 14-foot wide right-of-way in Lot 217 adjacent to the Lees' property was created March 1, 1932 by two Special Warranty Deeds located in Deed Book 331 at pages 308 and 310 of the land records of Arlington County. I am enclosing a copy of the two deeds and a plat with the right-of-way area highlighted.

Feel free to contact me if you have any questions.

Sincerely yours,

Andrew G. Lawrence

Enclosures

cc: Sun Yung Lee w/s-enc.