not be used for the conducting of any business; that no dwelling costing less than $5,000.00 shall be erected on said property prior to December 31, 1930; that all dwellings and business houses shall be erected within the building lines as indicated on the plat of this subdivision; that neither said property nor any part thereof, nor interest therein shall be sold or leased to anyone not of the Caucasian race.

The said parties of the first part covenant that they have the right to convey the said land to the grantee; that they have done no act to encumber the said land; that the grantee shall have quiet possession of the said land free from all encumbrances and that they, the said parties of the first part will execute such further assurances of the said land as may be requisite and necessary.

WITNESS the following signatures and seals.

RUBY LEE MIHAR --------------------(SEAL)

J. M. MIHAR ----------------------(SEAL)

DISTRICT OF COLUMBIA, to-wit:

I, GEORGE R. DICKSON, a Notary Public in and for the District aforesaid, whose commission expires on the 9th day of January, 1933, do certify that RUBY LEE MIHAR and J. M. MIHAR, her husband, whose names are signed to the foregoing deed, bearing date on the 6th day of July, 1928 have acknowledged the same before me in my District aforesaid.

Given under my hand and seal this tenth day of July, 1928.

GEORGE R. DICKSON
Notary Public.

SEAL

VIRGINIA

In the Clerk's Office of the Circuit Court of Arlington County July 10, 1928, this deed was received, and with the annexed certificate admitted to record at 3 o'clock P. M.

Teste:

[signature], Clerk.

RECORDED BY
[signature]
COMPARED BY
C.A.Davis
MAIL
.A.Ryland
Clarendon,Va.
7/19/28,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

For partial release see DB 331 P 310

Par Release see DB 373 Page 197

For Foreclosure see D.B. 373

DICK MISSAKIAN et ux
to TRUST
CLAUDE H. WOODWARD et al, Trustees

THIS DEED made this tenth day of July A. D. 1928, by and between DICK MISSAKIAN and VANTANOASH MISSAKIAN, his wife, both of the State of Virginia, parties of the first part, and CLAUDE H. WOODWARD and H. GLENN PHELPS, Trustees, both of the City of Washington, District of Columbia, parties of the second part.

EXHIBIT
S

282-570



said premises, less the cost of obtaining possession, if any. It is further covenanted and agreed that if the property shall be advertised for sale as herein provided and not sold, the trustee acting shall be entitled to one-half of the commission herein provided, to be computed on the amount of the debt secured. Should the indebtedness be fully paid in accordance with the true intent hereof, the lien of this trust shall be released at the cost of the parties of the first part.

WITNESS the following signatures and seals.

H. H. ROWLAND ————————(SEAL)

NELLIE C. ROWLAND ————————(SEAL)

STATE OF VIRGINIA,

ARLINGTON COUNTY, to-wit:

I, HARRY D. COFFMAN, a Notary Public in and for the County and State aforesaid, do hereby certify that H. H. ROWLAND and NELLIE C. ROWLAND, his wife, whose names are signed to the foregoing Deed of Trust bearing date of 26th day of July, 1929, have personally appeared before me in my said County and State and acknowledged the same as their act and deed.

GIVEN under my hand this 26th day of July, 1929.

H. D. COFFMAN,
Notary Public.

My Commission expires July 13th, 1931.

of the within record with the original paper the accuracy of the same is hereby verified this 23 day of Sept 1929 [signature] Clerk

VIRGINIA

In the Clerk's office of the Circuit Court of Arlington County September 18, 1929 this deed was received, and with the annexed certificate admitted to record at 1:30 o'clock P. M.

Teste:

WM. H. DUNCAN, Clerk.

o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o

CHRISTOPHER DADAIAN to TRUST FRANK L. BALL et al, Trustees

THIS DEED, made this 14th day of September, 1929, by and between CHRISTOPHER DADAIAN, unmarried, party of the first part and FRANK L. BALL and LAWRENCE W. DOUGLAS, Trustees, parties of the second part,

WITNESSETH, that for and in consideration of the sum of Ten Dollars, receipt of which is hereby acknowledged, the said party of the first part does hereby grant, bargain, sell and convey unto the said parties of the second part, with general warranty of title, all of those lots or parcels of land, situate, lying and being in Arlington Magisterial District, Arlington County, Virginia, more particularly

Margin: ... Marg... ...F. Moss ... to ... & Doug ... Court House ... /23/29 ... partial release see ...

303-122

ZOM Expert Disclosures



Deed of Release 308

331, 308

| FRANK L. BALL Trustee et als. to RELEASE B. M. HEDRICK |
|---|

THIS DEED, made the 1st day of March, 1932, by and between FRANK L. BALL and LAWRENCE W. DOUGLAS, Trustees, parties of the first part; B. M. HEDRICK, party of the second part; and FRANK FOLLANSBEE and LULU CAMERON FOLLANSBEE, parties of the third part;

WITNESSETH,

THAT WHEREAS, on the 14th day of September, 1929, Kristopher Dadaian, unmarried, executed a deed of trust on certain property hereinafter described, located in the County of Arlington, State of Virginia, to the said Frank L. Ball and Lawrence W. Douglas, Trustees, to secure a certain indebtedness therein set out, said deed of trust being recorded in Deed Book No. 303 at page 122, one of the land records of Arlington County, Virginia; and,

WHEREAS, the said Kristopher Dadaian, unmarried, has conveyed the said land to the said B. M. Hedrick, party hereto of the second part; and,

WHEREAS, the said party of the second part has sold the hereinafter described lots or parcels of the land conveyed by the aforesaid deed of trust; and has paid the sum of Three Thousand Dollars ($3,000.00) on account of the said indebtedness to the parties hereto of the third part, the holders of the notes thereby secured, who have directed the parties hereto of the first part to execute these presents, as is evidenced by their joining herein;

NOW, THEREFORE, in consideration of the premises and of the sum of Ten Dollars ($10.00), the receipt whereof is hereby acknowledged, the said parties of the first part do hereby release, relinquish, grant and convey unto the said party of the second part, with Special Warranty of Title, the following described lots or parcels of land of the Subdivision of Clarendon, as the same appears duly dedicated, platted and recorded in Deed Book No. 102, at page 138, one of said land records, situate, lying and being in Arlington County, Virginia, which are a part of the land conveyed by the aforesaid deed of trust, and described as follows:

All of Lot Numbered Two Hundred Forty-two (242); the westerly 7.48 feet by the full depth thereof of Lot Numbered Two Hundred Forty-one (241); and that portion of Lot Numbered Two Hundred Seventeen (217) now owned by the said B. M. Hedrick, lying north and west of the property of Judson Reamy, said portion of said lot 217 having a frontage of 14 feet on Clarendon Avenue by a depth of 60.48 feet on the northwest boundary thereof, subject however, to a right of wy for ingress and egress purposes for the benefit of the owners of Lots 238, 239 and 240 over the following portion of the land hereby released and contiguous thereto, said right of way being bounded and described as follows, to-wit:

BEGINNING for the same on the Clarendon Ave., frontage of Lot 217 at the intersection thereof with the northwesterly line of the land of said Reamy and running thence in a northwesterly direction along



Joint Ex. 10
Lee v. ZOM
8/25/09

said Clarendon Ave., 14 feet; thence S. 51° 26' W. 49.50 feet; thence in a southeasterly direction and parallel to the line of Clarendon Ave., 40 feet; thence at right angles to the said line of Clarendon Ave., in a northeasterly direction 14 feet; thence northwesterly and parallel to said line of Clarendon Ave. 26 feet to the corner of said Beamy's land; thence at right angles to said Clarendon Ave., and along the northwesterly line of said Beamy's land to Clarendon Ave., and the place of beginning.

The lien of the aforesaid deed of trust is to remain in full force and effect as to the balance of the said land not hereby released.

WITNESS the following signatures and seals:

FRANK L. BALL ------------------(SEAL)
Trustee.

LAWRENCE W. DOUGLAS ------------(SEAL)
Trustee.

FRANK FOLLANSBEE ---------------(SEAL)

LULU CAMERON FOLLANSBEE --------(SEAL)

STATE OF VIRGINIA,

COUNTY OF ARLINGTON, to-wit:

I, JOHN C. McCARTHY, a Notary Public of and for the County aforesaid in the State of Virginia, whose commission expires Sept. 2, 1934, do certify that FRANK L. BALL, Trustee, and LAWRENCE W. DOUGLAS, Trustee, FRANK FOLLANSBEE and LULU CAMERON FOLLANSBEE, whose names are signed to the writing above and hereto annexed bearing date on the 1st day of March, 1932, have each acknowledged the same before me in my county aforesaid.

Given under my hand this 6th day of March, 1932.

JOHN C. McCARTHY
Notary Public.

VIRGINIA

In the Clerk's Office of the Circuit Court of Arlington County March 14, 1932, this deed was received, and with the annexed certificate admitted to record at 3 o'clock P. M.

Teste:

WM. H. DUNCAN, Clerk.

o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o

the accuracy of the same is hereby verified this ___ day of ___ 19__

Clerk

310 Page 331

CLAUDE N. WOODWARD, Trustee, et als.
to RELEASE
D. M. HEDRICK.

THIS DEED, made the 1st day of March 1932, by and between CLAUDE N. WOODWARD and H. GLENN PHELPS, Trustees, parties of the first part; D. M. HEDRICK, party of the second part; and MARY E. HUTCHISON, of the third part;

WHEREAS, on the 10th day of July, 1926, Dick Missakian et ux, executed a deed of trust on certain property hereinafter described, located in the County of Arlington, State of Virginia, to the said Claude N. Woodward and H. Glenn Phelps, trustees, to secure a certain indebtedness therein set out, said deed of trust being recorded in Book No. 282, at page 570, one of the land records of Arlington County, Virginia; and

(282-570)

WHEREAS, the said Dick Missakian et ux, have conveyed the said land to Kristopher Dadaian, unmarried, who has conveyed the said land to the said D. M. Hedrick, party of the second part herein; and,

WHEREAS, the said party of the second part has sold the hereinafter described lots or parcels of the land conveyed by the aforesaid deed of trust; and has paid the sum of Forty-five Hundred Dollars ($4,500.00) on account of the said indebtedness to the party hereto of the third part, the holder of the notes thereby secured, who has directed the parties hereto of the first part to execute these presents, as is evidenced by her joining herein;

NOW, THEREFORE, THIS DEED WITNESSETH: that in consideration of the premises and of the sum of Ten Dollars ($10.00), the receipt whereof is hereby acknowledged, the said parties of the first part do hereby release, relinquish, grant and convey unto the said party of the second part, with Special Warranty of Title, the following described lots or parcels of land of the Subdivision of Clarendon, as the same appears duly dedicated, platted and recorded in Deed Book No. 102, at page 130, one of said land records, situate, lying and being in Arlington County, Virginia, which are a part of the land conveyed by the aforesaid deed of trust, and described as follows:

All of Lot Numbered Two Hundred Forty-two (242); the westerly 7.44 feet by the full depth thereof of Lot Numbered Two Hundred Forty-one (241); and that portion of Lot Numbered Two Hundred Seventeen (217) now owned by the said D. M. Hedrick, lying north and west of the property of Judson Reamy, said portion of said Lot 217, having a frontage of 14 feet on Clarendon Avenue by a depth of 60.48 feet, on the northwest boundary thereof, subject however, to a right of way for ingress and egress purposes for the benefit of the owners of lots 238, 239 and 240 over the following portion of the land hereby released and contiguous thereto, said right of way being bounded and described as follows, to-wit:

BEGINNING for the same on the Clarendon Ave., frontage of Lot 217 at the intersection thereof with the northwesterly line of the land of said Reamy and running thence in a northwesterly direction along

331-310



311

said Clarendon Ave. 14 feet; thence N. 51° 16' W. 49.50 feet; thence in a southeasterly direction and parallel to the line of Clarendon Ave., 40 feet; thence at right angles to the said line of Clarendon Ave., in a northeasterly direction 14 feet; thence northwesterly and parallel to said line of Clarendon Ave., 26 feet to the corner of said Kenny's land; thence at right angles to said Clarendon Ave., and along the northwesterly line of said Kenny's land to Clarendon Ave., and the place of beginning.

The lien of the aforesaid deed of trust is to remain in full force and effect as to the balance of the said land not hereby released.

WITNESS the following signatures and seals:

CLAUDE H. WOODWARD ----------------(SEAL)
Trustee.

H. GLENN PHELPS ------------------(SEAL)
Trustee.

MARY E. HUTCHISON ----------------(SEAL)
Holder of Notes.

DISTRICT OF COLUMBIA, to-wit:

I, ROBERT T. HIGHFIELD, a Notary Public of and for the District of Columbia aforesaid, whose commission expires Dec. 12th, 1932, do certify that CLAUDE H. WOODWARD, Trustee, H. GLENN PHELPS, Trustee, and MARY E. HUTCHISON, holder of notes, whose names are signed to the writing above and hereto annexed bearing date on the 1st day of March, 1932, have each acknowledged the same before me in my District aforesaid.

Given under my hand and seal this 9th day of March, 1932.

ROBERT T. HIGHFIELD
Notary Public.

SEAL

VIRGINIA

In the Clerk's Office of the Circuit Court of Arlington County March 14, 1932, this deed was received, and with the annexed certificate admitted to record at 3:15 o'clock P. M.

Teste:

WM. H. DUNCAN, Clerk.

oooooooooooooooooooooooooooooooooooooooo

 DB 381 PG 312

RECORDED BY
COMPARED BY
McEntosh
MAILED TO
E.R. Ahalt
Court House
4/13/32

BOOK No. 331

B. M. HEDRICK et ux
to B. & S.
ENOCH A. NORRIS

THIS DEED, made the 8th day of January, 1932, by and between B. M. HEDRICK and ANNA ELIZABETH HEDRICK, his wife, parties of the first part; and ENOCH A NORRIS, party of the second part;

WITNESSETH; that in consideration of the sum of Ten Dollars, the receipt whereof is hereby acknowledged, the said parties of the first part do grant and convey, with special warranty, unto the said party of the second part all that certain lot, piece or parcel of land situate, lying and being in Arlington County, Virginia, more particularly described as follows:

Part of Lots Numbered Two Hundred Forty-two (242) and Two Hundred Forty-one (241), of the Subdivision of Clarendon, as the said subdivision is duly dedicated platted and recorded in Deed Book No. 102, at page 138, one of the land records of said county, and described by metes and bounds as follows:
BEGINNING at the Southwest corner of said lot 242 thence, following the South line of said Lot, S. 89° 04' 30" E. 32.48 feet to the center line of a brick wall which is a party wall between the premises known as Numbers 10 and 12, Garrison Road; thence following the said center line and the said line extended N. 0° 47' 15' E. 70.0 feet; thence N. 89° 04' 30" W. 32.31 feet to a point in the West line of said lot 242; thence, following the said West line of said Lot, S. 0° 55' 30" W. 70.0 feet to the point of beginning; and being a part of the same land which was conveyed to the said B. M. Hedrick by Kristopher Dadaian by deed dated Sept. 18, 1929, and recorded in Deed Book No. 303, page No. 125, one of said land records.

The said parties of the first part covenant that they have the right to convey the said land; that they have done no act to encumber the said land, except that duly recorded; that the said party of the second part shall have quiet possession of the said land free from all encumbrance, except as duly recorded; and that they, the said parties of the first part, will execute such further assurance of the said land as may be requisite.

WITNESS the following signatures and seals:

B. M. HEDRICK ---------------------(SEAL)
ANNA ELIZABETH HEDRICK -------------(SEAL)

STATE OF VIRGINIA,
COUNTY OF ARLINGTON, to-wit:

I ,GEO. D. RICKER, a Notary Public of and for the county aforesaid, in the State of Virginia, whose commission expires August 3, 1934, do certify that B. M. HEDRICK and ANNA ELIZABETH HEDRICK, his wife, whose names are signed to the writing

Joint Ex. 12
Lee v. ZOM
8/25/09

State of Virginia, do certify that GLENNA I. HANNA, MOLLIE T. HANNA, M. ERLENE HANNA, ANNIE HAZEL HANNA and CLARENCE B. HANNA, whose names are signed to writing above, bearing date on the 15th day of August, 1932, have acknowledged the same before me in my County aforesaid.

GIVEN under my hand this 15th day of August, 1932.

My commission expires on the 21st day of April, 1933.

SALADA W. RUPPERT,

Notary Public.

VIRGINIA

In the Clerk's office of the Circuit Court of Arlington County August 17, 1932, this deed was received, and with the annexed certificate admitted to record at 3:30 o'clock P. M.

Teste;

JOHN A. PETTY, Clerk.

After a careful examination and comparison of the within record with the original paper the accuracy of the same is hereby verified this 26 day of Aug 1932

JOHN A. PETTY, CLERK

By [signature] Deputy Clerk

o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o

RECORDED BY [signature]

COMPARED BY [signature]

MAILED TO B. M. Hedrick Clarendon Va 9/26/32

B. M. HEDRICK et ux

to B. & S.

HANNAH F. M. HEDRICK

THIS DEED, Made the 27th day of May, 1932, by and between B. M. HEDRICK and ANNA ELIZABETH HEDRICK, his wife, parties of the first part, and HANNAH F. M. HEDRICK, party of the second part;

WITNESSETH: That in consideration of the sum of Ten Dollars, the receipt whereof is hereby acknowledged, the said parties of the first part do hereby grant and convey, with General Warranty, unto the said party of the second part all that certain lot, piece or parcel of land situate, lying and being in Arlington County, Virginia, and being part of Lots Two Hundred Seventeen (217), Two Hundred Forty-one (241) and Two Hundred Forty-two (242) of the Subdivision of Clarendon, as the same appears duly dedicated, platted and recorded in Deed Book No. 102, at page 138, one of the land records of Arlington County, Virginia, and more particularly described as follows:

BEGINNING at a point on the west side of said Lot Two Hundred Forty-two (242), said point being North 0° 55' 30" East 70.0 feet from the southwest corner of said Lot No. 242, thence cutting across said Lots Two Hundred Forty-one (241) and Two Hundred Forty-two )242) and following the north line of the land heretofore conveyed to Enoch A. Norris, North 89° 04' 30" West 32.31 feet to the Northeast corner of the land conveyed to Norris; thence North 0° 47' 15" East 40 feet, more or less, to a point



Joint Ex. 13
Lee v. ZOM
8/25/09

in the Southwest line of the property of Judson Reamy; thence North 38° 44' West 12 feet, more or less, to the corner of the said Reamy tract; thence following the line of said Reamy tract North 51° 16' West 35.5 feet to a point in the West side of Clarendon Avenue; thence, following the said west side of Clarendon Avenue North 38° 44' West 14.0 feet to a point which is the northeast corner of the land now owned by the said B. M. Hedrick; thence South 51° 16' West 60.48 feet to a point; thence North 89° 04' 30" West 2.52 feet to a point; thence South 0° 55' 30" West 45.0 feet to the point of beginning, containing 4585 square feet of land, more or less, and being part of the land conveyed to the said B. M. Hedrick by Kristopher Dadaian by deed recorded in Deed Book No. 303, at page 125, one of said land records.

TOGETHER with the appurtenances and privileges thereto belonging or in any wise appertaining, subject to the restrictions and reservations of record.

The said parties of the first part covenant that they have the right to convey the said land to the said grantee; that they have done no act to encumber the said land except as duly recorded; that the said grantee shall have quiet possession of the said land; and that they, the said parties of the first part, will execute such further assurances of the said land as may be requisite.

WITNESS the following signatures and seals:

B. M. HEDRICK- - - - - - - - - -(SEAL)

ANNA ELIZABETH HEDRICK - - - - -(SEAL)

STATE OF VIRGINIA,

COUNTY OF ARLINGTON, to-wit:

I, JOHN C. McCARTHY, a Notary Public of and for the County aforesaid in the State of Virginia, whose commission expires Sept. 2, 1934, do certify that B. M. HEDRICK and ANNA ELIZABETH HEDRICK, his wife, whose names are signed to the writing above and hereto annexed bearing date on the 27th day of May, 1932, have each acknowledged the same before me in my county aforesaid.

GIVEN under my hand this 18th day of August, 1932.

JOHN C. McCARTHY,

Notary Public.



VIRGINIA

In the Clerk's office of the Circuit Court of Arlington County August 18, 1932, this deed was received, and with the annexed certificate admitted to record at 1:45 o'clock P. M.

Teste;

JOHN A. PETTY, Clerk.

line S 82-20' E 85' to the point of beginning. Containing 13,940 sq. ft.

The said parties of the first part covenant that they have the right to convey the said land to the grantee; that they have done no act to encumber said land, that the grantee shall have quiet possession of the land free from all encumbrances, and that the said parties of the first part will execute such further assurances of the said land as may be requisite.

WITNESS the following signatures and seals.

HARRY A. FELLOWS ------------------(SEAL)

ALICE M. FELLOWS ------------------(SEAL)

STATE OF VIRGINIA
COUNTY OF FAIRFAX } to wit:

I, BURNS M. GIBSON, a Notary Public in and for the county and state aforesaid, whose commission expires on the 5th day of August 1935, do hereby certify that HARRY A. FELLOWS and ALICE M. FELLOWS, whose names are signed to the foregoing deed, bearing the date of the 30th day of July, 1935, have acknowledged the same before me in my county and state aforesaid.

GIVEN under my hand this 3 day of August, 1935.

S E A L

BURNS M. GIBSON
Notary Public

VIRGINIA

In the Clerk's office of the Circuit Court of Arlington County August 3, 1935 this deed was received, and with the annexed certificate admitted to record at 12:00 o'clock Noon.

Teste;

JOHN A. PETTY, Clerk.

JOHN A. PETTY, Clerk.
By Deputy Clerk.

o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o

CLAUDE H. WOODWARD et al, TRUSTEES
to TRUSTEES' B. & S.
UNION INVESTMENT COMPANY OF WASHINGTON, D.C.

RECORDED
COMPARED
MAILED

THIS DEED, made this 22nd day of May, 1935, by and between CLAUDE H. WOODWARD and H. GLENN PHELPS, TRUSTEES, parties of the first part; and UNION INVESTMENT COMPANY OF WASHINGTON, D.C., party of the second part:

WITNESSETH, that

WHEREAS, by deed of trust dated July 10th, 1928, and recorded in Deed Book

373-9

Joint Ex. 16
Lee v. ZOM
8/25/09

No. 282, at page 570, of the land records of Arlington County, Virginia, Dick Missakian and Vantanoash Missakian, his wife, did grant and convey unto the said parties of the first part, all of the hereinafter described real estate, in trust, to secure certain notes particularly described in the said trust; and

WHEREAS, by the said deed of trust, the said parties of the first part were empowered upon default being made in the payment of the notes secured by the said deed of trust, when and as same should become due and payable, upon being requested so to do by the holder of the said notes to sell the said real estate hereinafter particularly described; and

WHEREAS, default was made in the payment of the said notes, and having been requested so to do by the holder of the said notes, the said parties of the first part in execution of the terms of the said deed of trust, did, on the 22nd day of May, 1935, after advertising the time, terms and place of sale for ten days prior thereto in The Commonwealth-Monitor, a newspaper having a general circulation in said county, expose to sale the said real estate at public auction to the highest bidder for cash, according to the terms of the said deed of trust, at which sale the said party of the second part became the purchaser of the said real estate at the price of Twenty Thousand Dollars ($20,000.00), it being the highest bidder, and that being the highest bid; and

WHEREAS, the said party of the second part has complied with the terms of the said sale by the payment of the sum of Twenty Thousand Dollars ($20,000.00) in cash.

NOW, THEREFORE, for and in consideration of the premises and the sum aforesaid, to them in hand paid by the said party of the second part, at and before the sealing and delivery of this deed, the receipt whereof is hereby acknowledged, the said parties of the first part do grant, bargain, sell and convey, release and confirm unto the said party of the second part, its successors and assigns forever, all that certain land situate in Arlington County, Virginia, and particularly described as follows:

Lots 238, 239, 240, 241, and 242, and Lot 217, less and except the North 25 feet measured along the front line of said Lot 217 by the full depth thereof, of the subdivision of Clarendon, as the same appears duly platted, dedicated and recorded in Deed Book 102, at page 138, of the land records of said county, LESS AND EXCEPT, from the above described land, all of that certain piece or parcel of land being parts of Lots 217 and 241, which was conveyed by Kristopher Dadaian, to Judson Reamy by deed recorded in Deed Book 246, at page 12, of the land records aforesaid, the same being shown upon a plat attached to said deed and more particularly described by metes and bounds as follows: BEGINNING at an iron pipe in the southwest line of Grafton Avenue, as said Avenue appears upon the plat of Clarendon, duly of record in Deed Book 102, at page 138, of the land records of said county, said iron pipe being South 38° 44' East 39 feet from the southwest corner of Lot Numbered 216 of said subdivision;

thence following along said side of said Avenue, South 38° 44' East 16 feet to an iron pipe; thence departing from said Avenue, South 51° 16' West 35.5 feet to an iron pipe; thence parallel with said Avenue, North 38° 44' West 16 feet to an iron pipe; thence North 51° 16' East 35.5 feet to the point of beginning, containing 568 square feet, and being part of Lots 217 and 241, as said lots appear upon the plat of Clarendon referred to.

LESS AND EXCEPT, the land released by deed recorded in Deed Book No. 331, at page 310, of the land records of said county.

WITNESS the following signatures and seals:

CLAUDE H. WOODWARD --------------(SEAL)
Trustee

H. GLENN PHELPS ----------------(SEAL)
Trustee

I. R. Stamps $20.00

DISTRICT OF COLUMBIA, to-wit:

I, CHARLES J. SINCELL, a Notary Public, in and for the District of Columbia aforesaid, whose commission expires on the 31st day of Aug., 1937, do hereby certify that CLAUDE H. WOODWARD, TRUSTEE, whose name is signed to the foregoing deed, bearing date on the 22nd day of May, 1935, has acknowledged the same before me in my District of Columbia aforesaid.

GIVEN under my hand and seal this 27th day of June, 1935.

SEAL

CHARLES J. SINCELL
Notary Public

DISTRICT OF COLUMBIA, to-wit:

I, RUTH L. NEWMAN, a Notary Public, in and for the District of Columbia aforesaid, whose commission expires on the 27th day of December, 1935, do hereby certify that H. GLENN PHELPS, TRUSTEE, whose name is signed to the foregoing deed, bearing date on the 22nd day of May, 1935, has acknowledged the same before me in my District of Columbia aforesaid.

GIVEN under my hand and seal this 28th day of June, 1935.

SEAL

RUTH L. NEWMAN
Notary Public, D.C.

VIRGINIA

In the Clerk's office of the Circuit Court of Arlington County August 3, 1935 this deed was received, and with the annexed certificate admitted to record at 12:05 o'clock P. M.

Teste;

JOHN A. PETTY, Clerk.

JOHN A. PETTY, Clerk.
By Deputy Clerk.

o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o

VIRGINIA

In the Clerk's Office of the Circuit Court of Arlington County June 4, 1936, this deed was received, and with the annexed certificate admitted to record at 3:00 o'clock P. M.

Teste:

C. BENJ. LAYCOCK, Clerk.

o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o

HANNAH F. M. HEDRICK et vir

to B. & S.

CHARLES G. SCHOTT

THIS DEED, Made the 1st day of June, 1936, by and between HANNAH F. M. HEDRICK and HENRY B. HEDRICK, her husband, parties of the first part, and CHARLES G. SCHOTT, party of the second part;

WITNESSETH; that in consideration of the sum of Ten Dollars, the receipt whereof is hereby acknowledged, the said parties of the first part do hereby grant and convey, with General Warranty, unto the said party of the second part all that certain lot, piece or parcel of land situate, lying and being in Arlington County, Virginia, and being part of Lots Two Hundred Seventeen (217), Two Hundred Forty-one (241) and Two Hundred Forty-two (242) of the Subdivision of Clarendon, as the same appears duly dedicated, platted and recorded in Deed Book No. 102, at page 138, one of the land records of Arlington County, Virginia, and more particularly described as follows:

BEGINNING at a point on the west side of said Lot Two Hundred Forty-two (242), said point being North 0° 55' 30" East 70.0 feet from the southwest corner of said Lot No. 242; thence, cutting across said Lots Two Hundred Forty-one (241) and Two Hundred Forty two (242) and following the north line of the land heretofore conveyed to Enoch A. Norris, North 89°04' 30" West 32.31 feet to the Northeast corner of the land conveyed to Norris; thence, North 0° 47' 15" East 40 feet, more or less, to a point in the Southwest line of the property of Judson Reamy; thence, North 38° 44' West 12 feet, more or less, to the corner of the said Reamy tract; thence, following the line of said Reamy tract, North 51° 16' West 35.5 feet to a point in the west side of North Irving Street (formerly Clarendon Avenue); thence, following the said west side of said North Irving Street, North 38° 44' West 14.0 feet to a point which is the northeast corner of the land formerly owned by B. M. Hedrick; thence, South 51° 16' West 60.48 feet to a point; thence North 89° 04' 30" West 2.52 feet to a point; thence

of the within a true copy of the original ... the accuracy ... this 22 day of June 1936
C. BENJ. LAYCOCK Clerk
By ... Deputy Clerk.

RECORDED
COMPARED
E. L. Alglan
C. G. Schott
6/29/36

390-261



South 0° 55' 30" West 45.0 feet to the point of beginning, containing 4,585 square feet of land, more or less, and being the same land conveyed to the said Hannah F. M. Hedrick by the said B. M. Hedrick and Anna Elizabeth Hedrick, his wife, by deed dated the 27th day of May, 1932, and recorded in Deed Book No. 336, at page 87, one of the land records of said county.

The said land is conveyed together with the appurtenances and privileges thereto belonging or in any wise appertaining, and subject to the restrictions, reservations and right of way of record.

The said parties of the first part covenant that they have the right to convey the said land to the said grantee; that they have done no act to encumber the said land; that the said grantee shall have quiet possession of the said land free from all encumbrances; and that they, the said parties of the first part, will execute such further assurance of the said land as may be requisite.

WITNESS the following signatures and seals:

I. R. STAMP $1.00 HANNAH F. M. HEDRICK ----------------------(SEAL)

HENRY B. HEDRICK -------------------------(SEAL)

STATE OF VIRGINIA

COUNTY OF ARLINGTON, to-wit:

I, JOHN C. McCARTHY, a Notary Public of and for the County aforesaid, in the State of Virginia, whose commission expires Sept. 5, 1938, do hereby certify that HANNAH F. M. HEDRICK and HENRY B. HEDRICK, her husband, whose names are signed to the writing above and hereto annexed, bearing date on the 1st day of June, 1936, have acknowledged the same before me in my County and State aforesaid.

GIVEN under my hand this 1st day of June, 1936.

JOHN C. McCARTHY
Notary Public.

VIRGINIA

In the Clerk's Office of the Circuit Court of Arlington County June 4, 1936, this deed was received, and with the annexed certificate admitted to record at 3:20 o'clock P. M.

Teste:

C. BENJ. LAYCOCK, Clerk.

o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o

ECORDED BY [signature]
OMPARED BY [signature]
MAILED TO Glen V Ballah in Person 6/24/36

ERNEST S. PAINTER et ux
to B. & S.
CLEVA V. BALLAH

THIS DEED, made this 29th day of May, 1936, by and between ERNEST S. PAINTER and CARRIE L. PAINTER, his wife, joint tenants, parties of the first part, and CLEVA V. BALLAH, party of the second part.

WITNESSETH, that for and in consideration of the sum of $10.00, receipt whereof

After a careful examination [illegible] of the within record with the original paper the accuracy of the same is hereby verified this 15th day of August 1938 C. BENJ. LAYCOCK, Clerk By [illegible] Deputy Clerk

GIVEN under my hand and notarial seal this 23 day of June, 1938.

My commission expires July 1, 1940.

S E A L

A. L. OFFUTT, Notary Public
in and for the District of
Columbia aforesaid.

VIRGINIA:

In the Clerk's office of the Circuit Court of Arlington County this deed was received, and with the annexed certificate admitted to record at 2:30 o'clock P. M. Jun. 30, 1938.

Teste;

C. BENJ. LAYCOCK, Clerk

o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o o

RECORDED BY [signature]
COMPARED BY G. E. Tillson
MAILED TO Mt. Vernon Mortg. Corp. Room 207 Machinist Bldg. 9th & Mt. Vernon Pl. N.W. Wash. D.C. 8/6/38

UNION INVESTMENT COMPANY
OF WASHINGTON, D. C.

to B. & S.

MOUNT VERNON MORTGAGE CORPORATION

THIS DEED, made this Twentieth day of June in the year one thousand nine hundred and thirty-eight by and between UNION INVESTMENT COMPANY OF WASHINGTON, D. C., a Delaware Corporation, party of the first part, and MOUNT VERNON MORTGAGE CORPORATION, a Delaware Corporation, party of the second part.

WITNESSETH, that for and in consideration of the sum of Ten and 00/100 ($10.00) Dollars, receipt whereof is hereby acknowledged, the said party of the first part does grant unto the said party of the second part, in fee simple, the following described land and premises, situate in Arlington County, Virginia, and known and distinguished as

Lots 238, 239, 240, 241 and 242 and Lot 217, less and except the North 25 feet measured along the front line of said Lot 217 by the full depth thereof, of the subdivision of Clarendon, as the same appears duly platted, dedicated and recorded in Deed Book 102 at Page 138 of the land records of said county. LESS AND EXCEPT from the above described land, all of that certain piece or parcel of land being parts of Lots 217 and 241, which was conveyed by Kristopher Dadaian, to Judson Reamy by deed recorded in Deed Book 246 at Page 12 of the land records aforesaid, the same being shown upon a plat attached to said deed and more particularly described by metes and bounds as follows: BEGINNING at an iron pipe in the southwest line of Grafton Avenue, as said Avenue appears upon the plat of Clarendon, duly of record in Deed Book 102 at Page 138 of the land records of said county, said iron pipe being South 38 degrees 44' East 39 feet from the southwest corner of Lot numbered 216 of said subdivision; thence following along said side of said Avenue, South 38 degrees 44' East 16 feet to an iron pipe; thence departing from said Avenue, South 51 degrees 16' West 35.5 feet to an iron pipe; thence parallel with said Avenue, North 38 degrees 44' West 16 feet to an iron pipe; thence North 51 degrees 16' East 35.5 feet to the point of beginning, containing 568 square feet, and being part of Lots 217 and 241, as said lots appear upon the plat of Clarendon referred to. LESS AND EXCEPT, the land released by deed recorded in Deed Book No. 331 at Page 310 of the land records of said County.

438-340

Joint Ex. 18
Lee v. ZOM
8/25/09



BOOK 636 PAGE 490

# This Deed

*Made this* 30th *day of* September *in the year one thousand nine hundred and* forty-three *by and between* MOUNT VERNON MORTGAGE CORPORATION, a Delaware Corporation, party of the first part and TECK CONSTRUCTION COMPANY, a Delaware Corporation, party *of the second part.*

**Witnesseth,** *that for and in consideration of the sum of* Ten and no/100 ($10.00) *Dollars, receipt whereof is hereby acknowledged, the said party of the first part does grant unto the said party of the second part, in fee simple, the following described land and premises, situate in the* County of Arlington, State of Virginia;

*and known and distinguished as* Lots 238, 239, 240, 241 and 242 and lot 217, less and except the North 25 feet measured along the front line of said Lot 217 by the full depth thereof, of the subdivision of Clarendon, as the same appears duly platted, dedicated and recorded in Deed Book 102, at page 138, of the land records of said county.

LESS AND EXCEPT, from the above described land, all of that certain piece or parcel of land being parts of Lots 217 and 241, which was conveyed by Kristopher Dadaian, to Judson Reamy by deed recorded in Deed Book 246, at page 12, of the land records aforesaid, the same being shown upon a plat attached to said deed and more particularly described by metes and bounds as follows: BEGINNING at an iron pipe in the southwest line of Grafton Avenue, as said Avenue appears upon the plat of Clarendon, duly of record in Deed Book 102, at page 138, of the land records of said county, said iron pipe being South 38 degrees 44' East 39 feet from the southwest corner of Lot Numbered 216 of said subdivision; thence following along said side of said Avenue, South 38 degrees 44' East 16 feet to an iron pipe; thence departing from said Avenue, South 51 degrees 16' West 35.5 feet to an iron pipe; thence parallel with said Avenue, North 38 degrees 44' West 16 feet to an iron pipe; thence North 51 degrees 16' East 35.5 feet to the point of beginning, containing 568 square feet, and being part of lots 217 and 241, as said lots appear upon the plat of Clarendon referred to.

LESS AND EXCEPT, the land released by deed recorded in Deed Book No. 331, at page 310, of the land records of said county.

686

Joint Ex. 20
Lee v. ZOM
8/25/09





2006349085

## Received and Recorded In the Office of the Clerk of the Circuit Court of Arlington County, Virginia

| | | | | | |
|---|---|---|---|---|---|
| Document Number: | 2006349085 | Book/Page: | 4051/24 | Clerk ID: | RECORDER |
| Document Type: | BARGAIN AND SALE | Date Recorded: | 12/15/2006 | Grantor: | FAISON-CLARENDON LLC |
| Text Pages: | 4 | Time Recorded: | 12:43:28 | Assumption Bal: | $0.00 |
| Plat Pages: | 0 | Document Date: | 12/15/2006 | New Amount: | $0.00 |
| Received Of: | REGIONAL TITLE | Original Amount: | $0.00 | Exempt Code: | |

| | | | |
|---|---|---|---|
| Actual Consideration: | $17,300,000.00 | Taxable Consideration: | $0.00 |
| (039) VA Tax: | $43,250.00 | | |
| (213) Arlington Tax: | $14,416.67 | (214) Falls Church Tax: | $0.00 |
| (212) Arlington Transfer: | $1.00 | (222) Falls Church Transfer: | $0.00 |
| (038) Va Grantor: | $8,650.00 | | |
| (220) Arlington Grantor: | $8,650.00 | (223) Falls Church Grantor: | $0.00 |
| (301) Clerks Fee: | $14.50 | | |
| (145) VA Library: | $1.50 | | |
| (106) Tech Fee: | $5.00 | | |
| (036) Deed Processing Fee: | $10.00 | | |
| Document Total: | $74,998.67 | | |

Arlington County, Virginia
Clerk of the Court's Office

This certificate annexed constitutes the Clerk's endorsement required by sections 17-59, 17-79 and 58.1-802 of the code of Virginia.

David A. Bell
Clerk

**IMPORTANT: DO NOT DETACH THIS PAGE FROM THE DOCUMENT!**

024

Cover Sheet required for document processing DO NOT REMOVE!

4051-24

ZOM P
491 of



Consideration $17,300,000

This Document Prepared by:

Michael R. Jenness, Esq.
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W., Suite 900
Washington, D.C. 20036

When Recorded, Return to:

Regional Title Incorporated
1620 L Street, N.W., 12th Floor
Washington, DC 20036
Attention: Elizabeth S. Ussery
04501

RPC# 15-078-003 15-078-023
15-078-004
15-078-005
15-078-013
15-078-014
15-078-015
15-078-016
15-078-017
15-078-018

## SPECIAL WARRANTY DEED

**THIS SPECIAL WARRANTY DEED** is made this 15th day of December, 2006, by and between **FAISON-CLARENDON, LLC**, a North Carolina limited liability company (**"Grantor"**), having an address of c/o Faison & Associates, LLC, 121 West Trade Street, 27th Floor, Charlotte, NC 28202-5399, and ZOM CLARENDON, L.P., a Delaware limited partnership, whose address is 1530 Wilson Boulevard, Suite 120, Arlington, Virginia 22209 (**"Grantee"**).

First American Title Insurance Company

WITNESSETH, that in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, Grantor does hereby grant, bargain, sell, convey, transfer and confirm, with Special Warranty of title, unto Grantee, its successors and assigns, fee simple title to all those parcels of real property situate, lying and being in the County of Arlington, Commonwealth of Virginia, more particularly described in **Exhibit A** attached hereto and incorporated herein (the **"Property"**), and Grantor covenants that it will execute such further assurances of the said lands as may be requisite; provided, however, that this conveyance is made expressly subject to all covenants, easements, conditions, restrictions, agreements and other matters of record.

TOGETHER with any and all improvements thereupon, including, without limitation, all entitlements, development rights, and governmental approvals, including, without limitation, SP #392 approved by Arlington County, Virginia.

TOGETHER with all rights, titles, estates and interests, benefits, privileges, tenements, hereditaments and appurtenances thereon or in anywise appertaining to the Property or owned by or inuring to the benefit of the Grantor and used in connection with the Property.

