UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| SUN YUNG LEE )<br><br>    **Plaintiff,** )<br><br>v. )<br><br>ZOM CLARENDON, L.P., )<br><br>    **Defendant.** ) | Civil Action No. 1:09cv402 |

## AFFIDAVIT

COMES NOW Sun Yung Lee, Plaintiff and for her affidavit states as follows:

1. I am the sole owner of the property located at the corner of Washington Boulevard and North Irving Street, Arlington, Virginia. My property has a Right of Way access over the adjacent property, which is the subject of this lawsuit.

2. I was present at settlement on November 15, 1963 with my husband and his parents. At settlement we were provided with two (2) copies of a survey dated 1935, Plaintiff's Exhibit A, and told the Right of Way, as depicted in Exhibit A, conveyed with the purchase of our property providing access to the rear of our property.

3. My husband drove to work and used the Right of Way everyday, 7 days a week, starting in 1956 to park his car in the rear of the building at our Chinese Restaurant that we operated with my father-in-law and mother-in-law until my husband and I started another business in Falls Church in 1966. My in-laws continued using the Right of Way to access the restaurant until they sold the business a few years later in the late 1960s. Furthermore, my tenants have used the Right of Way for access to their businesses.



EXHIBIT T

4. My father-in-law and mother-in-law resided in the building that abuts the Right of Way until he passed away on February 28, 1979.

5. My father-in-law maintained the easement until his death in 1979. He was stricken with a heart attack and died while trimming the trees and shrubbery along the Right of Way.

6. As the owner of the Right of Way I have taken no action to abandon the easement. Until ZOM erected a fence blocking access to the easement on or about March 19, 2007, I am unaware of anyone interfering with my use of the easement.

7. Until my husband passed away on April 10, 1997, my husband and I helped our daughters in their carry-out business five days a week and I saw no one blocking the Right of Way.

8. Since my husband passed away, I have walked around my property from time to time while helping my daughters in their business and in any of those visits, I saw no one blocking the Right of Way.

9. Prior to March of 2007 I have personally walked the Right of Way at least twice a year because I perform a ceremony where I spread rice and coins along our property, including the Right of Way, to honor our ancestors.

10. To my knowledge the only communication from ZOM or their lawyers before they erected their fence blocking the entrance of the Right of Way, is a letter, dated October 17, 2006, a purchase offer for my property from ZOM to my lawyer.

11. To my knowledge I was not contacted by ZOM or their lawyers about the Right of Way before they erected the fence in March 2007.

12. I was first told about ZOM's fence by my daughter, Jeannie Williams, on March 19, 2007, and I instructed her to contact my attorney immediately to notify ZOM that they had no right to block the Right of Way. (Pl.'s Ex. M Andrew G. Lawrence letter, 03/22/2007)

13. For over 50 years we have been using the Right of Way and no previous owners of the ZOM property have ever blocked its usage.

14. I have authorized this lawsuit to preserve my property rights because ZOM has blocked the use of the Right of Way, refused to remove their fence, and plan to build a ten-story building on top of the Right of Way.

_____
SUN YUNG LEE

COMMONWEALTH OF VIRGINIA,

COUNTY OF ARLINGTON, to-wit:

The foregoing instrument was acknowledged by Sun Yung Lee before me this 3rd day of September, 2009.

[Notary Seal: LAUREN ANN KIEFER, NOTARY PUBLIC, REG # 7207128, COMMISSION EXPIRES 10/31/2012, COMMONWEALTH OF VIRGINIA]

My Commission Expires: 10 · 31 · 12

## SIGNATURE OF INTERPRETER

COMMONWEALTH OF VIRGINA

COUNTY OF ARLINGTON to wit:

I, Wing Chan, am a Chinese interpreter employed by Transperfect.

On September 3, 2009 I interpreted the foregoing Affidavit of Sun Yung Lee, the statements therein accurately reflect the witness's statement.

Given under my hand this 3rd day of September, 20 09.

_____
WING CHAN

Subscribed and sworn to before me this 3rd day of September, 2009

_____
Notary Public in and for the
Commonwealth of Virginia at Large
Notary Registration No. 7207128

My commission expires: 10·31·12