EXHIBIT #3
Strother
ZOM Production 7-2-09
130 of 770
tabbies®



EXHIBIT

U-1



# Capital Reporting Company
## J. Strother

**Page 22**

1    A   Correct.

2    Q   Is there a door back there?

3    A   Oh, yes.  There is a garage door plus a
4  regular office door and then there is a walkway that
5  goes back to the backside of Madhuban Restaurant and
6  American Shoe Repair.  So there are several doors on
7  the backside.

8    Q   Okay.  Let's mark this as Strother 3.

9        (Strother Exhibit Number 3 was
10       marked for identification.)

11   Q   I think this photograph was taken either in
12 the late 90s or the early 2000s.  I'd ask you if you
13 recognize that photograph.

14   A   I recognize it.  The car that is sitting there
15 would be my father's Oldsmobile that I got after he
16 passed away.

17   Q   The black car there?

18   A   Well, it's actually a dark blue.

19   Q   There's a garage door here.

20   A   The garage door is right there.

21   Q   Put an X where that garage door is.

22   A   Let me put a line first to indicate about

**Page 23**

1  where they are.

2    Q   That's even better.  Put two lines to put in
3  for the garage door —

4    A   And right there is the garage door.  There are
5  two windows right here and then there is a doorway
6  right here.

7    Q   Good.  So the windows and the door are on this
8  little cut-out piece that we talked about.

9    A   Yes.  This is a short wall if you want to call
10 it that.

11   Q   Do you see the little fence here?

12   A   Yes.

13   Q   Do you know about when that was put up?

14   A   I do not recall.  I was busy on a USJA job,
15 multiple $10,000 job, or something like that, that my
16 father and I were producing.

17   Q   If I told you it was constructed in the mid-
18 90s, would you have anything to contradict that?

19   A   No, I wouldn't.

20   Q   Prior to that fence being put up, where did
21 you park?

22   A   I parked a little bit farther up than where

**Page 24**

1  the fence is, probably another foot.  And then Don
2  showed up with his Suburban and he was getting
3  complaints from the county for hanging the Suburban
4  over the sidewalk on Irving Street and they asked us if
5  I wouldn't mind pulling my truck back some so that they
6  could fit in.  Being neighborly, I agreed to it.  You
7  don't fight with your neighbors.  They're the worst
8  people to be fighting with.

9    Q   I hear you.  Do you have any information as to
10 why this fence was put up?

11   A   Mr. Lee was concerned about security.  The
12 main thing was that the man who was running Madhuban
13 Restaurant, his delivery people would back in over his
14 lot up to the back door of their place to unload.  It
15 was fine and dandy until Don started showing up earlier
16 in the morning and blocking the man in.

17   Q   Okay.  Do you recall any issues with respect
18 to Madhuban using these dumpsters?

19   A   They never used those dumpsters.

20   Q   What did they use for their trash?

21   A   They had a regular rolling trash can that
22 another trash man came up and took the trash from.

**Page 25**

1    Q   All right.

2    A   Plus they had their own oil drum drawn back
3  there on the back door.

4    Q   They had an oil drum back there?

5    A   Yes.

6    Q   What did they use the oil drum for?

7    A   For cooking oil.

8    Q   And they'd dump it there?

9    A   They'd dump it there and Valley Proteins would
10 come along every month or so and trade 55-gallon drums.

11   Q   All right.  There were no windows on this
12 side, correct?

13   A   No windows at all on that side.

14   Q   So you wouldn't be able to see the dumpsters
15 or see any activity.

16   A   Oh, there is one window back here on the very
17 back side where the bathroom is where we had an exhaust
18 fan, but you don't see anything out of it.  The
19 building is gone now so I can't show you.

20   Q   That's why we're going through this exercise.
21 Did Madhuban have access out here?  I'm pointing to the
22 area here at the corner of the building right in front