http://pqasb.pqarchiver.com/washingtonpost_historical/access/23911 6722.html?dids=23911 6722:23911 6722&FMT=ABS&FMT....   9/2/2009

# The Washington Post

Sign In | Register Now

NEWS | POLITICS | OPINIONS | BUSINESS | LOCAL | SPORTS | ARTS & LIVING | GOING OUT GUIDE | JOBS | CARS | REAL ESTATE | RENTALS | CLA

SEARCH:

TODAY'S NEWSPAPER
Subscribe | PostPoints

@ washingtonpost.com ○ Web: Results by Google™ | Search Archives

Advertisement



I want to fight Global Warming, but I need to keep my job.

VA

## FREE Article Preview

# The Washington Post

Buy Complete Document   Buy Page Print

## CLARENDON TRAFFIC VIOLATORS WARNED
*Drive Is Planned by Police Unless Parking Laws Are Obeyed.*

The Washington Post (1877-1954) - Washington, D.C.

Author:
Date:                Mar 14, 1932
Start Page:          2
Pages:               1
Text Word Count:     304

ARLINGTON COUNTY BUREAU OF THE POST. Tel. Clar.
509, Clarendon, Va.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Disregard for parking laws along the side streets in the center of Clarendon has resulted in a warning from the county police that unless the law governing parking is recognized motorists will find themselves before County Judge B.M. Hedrick.

Buy Complete Document   Buy Page Print

Other Historic Results

**Buy Complete Document   Buy Page Print**

Expand the scope of your research by visiting some of ProQuest's other Historical Newspaper websites. Links to additional sites can be found below.

EXHIBIT

W-1