ARLINGTON ADOPTS NEW ZONING RULES

Sign In | Register Now

# The Washington Post

TODAY'S NEWSPAPER
Subscribe | PostPoints

NEWS | POLITICS | OPINIONS | BUSINESS | LOCAL | SPORTS | ARTS & LIVING | GOING OUT GUIDE | JOBS | CARS | REAL ESTATE | RENTALS | CLA

SEARCH: washingtonpost.com ○ Web : Results by Google™ | Search Archives

Advertisement

It takes away savings.

# The Washington Post

## FREE Article Preview

Buy Complete Document    Buy Page Print

### ARLINGTON ADOPTS NEW ZONING RULES
*County Is Divided Into Six Districts Under Measure Accepted. PROVISIONS ARE CITED*

The Washington Post (1877-1954) - Washington, D.C.

Author:

Date: Apr 30, 1930
Start Page: 22
Pages: 1
Section: SPORTS
Text Word Count: 1671

ARLINGTON COUNTY, BUREAU OF THE POST. Tel. Clar. 509, Clarendon, Va.

After more than a year's study, with the aid of the Arlington County Zoning Commission and Allen J. Saville, of Richmond, Va., zoning engineer, the county board of supervisors, meeting in special session yesterday at the courthouse, adopted the zoning, ordinance upon motion of Supervisor B.M. Hedrick.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Buy Complete Document    Buy Page Print

**Other Historic Results**

Expand the scope of your research by visiting some of ProQuest's other Historical Newspaper websites. Links to additional sites can be found below.

http://pqasb.pqarchiver.com/washingtonpost_historical/access/238496962.html?dids=238496962:238496962&FMT=ABS&FMT...    9/2/2009

Page 1 of 5



EXHIBIT
W-2