BK1782 PG1681

24422

### CERTIFICATE OF PARTIAL SATISFACTION – VIRGINIA –
(Release of FLB Deed of Trust)   PRINCE WILLIAM COUNTY

PLACE OF RECORD: Clerk's Office of the Circuit Court, Prince William County, Virginia

DATE OF DEED OF TRUST: October 3, 1986

DEED BOOK: 1418    PAGE: 603

NAME OF GRANTOR(S): Louis Sztan, Adah B. Sztan

NAME OF TRUSTEE(S): Claude T. Compton, Tim E. Tarr

BRIEF DESCRIPTION OF PROPERTY SECURED BY DEED OF TRUST: 143 acres, Metes & Bounds, Prince William County

MAKER(S) OF NOTE(S): Louis Sztan, Adah B. Sztan

DATE OF NOTE(S): October 3, 1986

FACE AMOUNT OF NOTE(S): $253,000.00

The lien of the above-mentioned deed of trust securing the above-mentioned note is released insofar as the same is applicable to:

12.000 Acres as described in the attached Deed Description, less and except a right of way over the existing gravel driveway from Valley View Drive and extending along the southern portion of the above-described property and as shown on the survey dated July 17, 1990, by Holmes S. Smith & Assoc., which right of way is reserved for ingress and egress to the remainder of the property which is not hereby released.

or as described as Lot __N/A__ Subdivision __N/A__ in the Plan __N/A__ as shown on a plat of such subdivision recorded in Deed Book __N/A__ at page __N/A__ in the Clerk's Office of this Court.

Provided, however, the release of the aforesaid described property shall not otherwise affect the lien of the deed of trust recorded in Deed Book __1418__ at page __603__.

The undersigned is the legal holder of the obligation, note, bond or other evidence of debt secured by said deed of trust.

The FARM CREDIT BANK OF BALTIMORE, successor by merger of THE FEDERAL LAND BANK OF BALTIMORE, has caused its corporate name to be subscribed hereto by its duly authorized attorney-in-fact, __John S. Day__, in accordance with his/her power of attorney dated __7/6/88__ and recorded in the aforementioned land records in __Prince William__ Book No. __1581__, page __1826__.

Given under my hand this __25th__ day of __January__, 19__91__.

FARM CREDIT BANK OF BALTIMORE

By: _____
   Attorney-in-Fact

__FAUQUIER COUNTY__, VIRGINIA:

Acknowledged, subscribed and sworn to before me by __John S. Day__, attorney-in-fact for the Farm Credit Bank of Baltimore, on this __25th__ day of __January__, 19__91__.

_____ Notary Public

My Commission expires: 7/13/91

Rev. 9/88   A-2599

[handwritten left margin: DR. LOUIS SZTAN, 11697 VALLEY VIEW DR, NOKESVILLE, VA 22123]

EXHIBIT X

## DEED DESCRIPTION
BK 1782 PG 1682

PART OF THE PROPERTY OF
LOUIS & ADAH B. SZTAN

BEGINNING at a point on the westerly right-of-way line of Valley View Drive 25.0' from its centerline and approximately 212'± from the centerline of the bridge on Kettle Run, thence with the said right-of-way line S 11°-30'-00" W - 1013.18' to a point, thence continuing with the right-of-way line S 20°-15'-09" W - 465.89' to a point, thence continuing with other property of Sztan the following: N 66°-51'-08" W - 504.62' to a fence post, N 35°-35'-27" E - 214.31' to a fence post, N 52°-25'-06" W - 108.49' to a fence post, N 34°-26'-05" E - 1225.29' to a point in a fence line, S 78°-30'-00" E - 97.61' to the point of beginning, containing 12.000 AC.