



THIS DEED, made as of the ____7th____ day of ____February____, 2000, by and between John B. STROTHER ("Grantor"); and **FAISON-CLARENDON, LLC,** a North Carolina limited liability company ("Grantee").

## WITNESSETH:

THAT FOR AND IN CONSIDERATION, of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are acknowledged, the Grantor hereby grants, bargains, sells and conveys unto the Grantee, with Special Warranty, all of that certain lot or parcel of land, situated in Arlington County, Virginia, and being more particularly described on Exhibit A attached hereto and made a part hereof, together with all buildings and improvements thereon.

TO HAVE AND TO HOLD unto the Grantee, subject to all reservations, easements, covenants and conditions contained in the Deeds forming the chain of title to the aforedescribed property, as the same may lawfully apply.

[Signature page follows]

- 1 -



The foregoing Deed was acknowledged before me, a notary public in the jurisdiction aforesaid, this 24th day of January, 2006, by John B. Strother.

My comm'n exp.: 11/30/2007

_____
Notary Public

[SEAL]

- 2 -

CORNER COMMON TO PART OF LOT 217, CLARENDON, THENCE RUNNING WITH THE SOUTHWESTERLY RIGHT-OF-WAY OF NORTH IRVING STREET, S38°44'00"E 14.00 FEET TO A POINT, THENCE DEPARTING THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF NORTH IRVING STREET AND RUNNING ACROSS SAID PART OF LOT 217, S51°16'00"W 12.50 FEET TO A POINT AND S38°44'00"E 12.00 FEET TO A POINT; THENCE RUNNING ACROSS PART OF LOT 241, CLARENDON, S00°07'21"E 107.93 FEET TO A POINT ON THE NORTHERLY RIGHT-OF-WAY LINE OF WASHINGTON BOULEVARD, VARIABLE WIDTH RIGHT-OF-WAY; THENCE RUNNING WITH THE NORTHERLY RIGHT-OF-WAY LINE OF WASHINGTON BOULEVARD N89°04'30"W 32.50 FEET TO A POINT, SAID POINT BEING A CORNER COMMON TO PART OF LOT 243, CLARENDON; THENCE DEPARTING SAID RIGHT-OF-WAY LINE OF WASHINGTON BOULEVARD AND RUNNING WITH THE LINE COMMON TO SAID PART OF LOT 243, N00°30'30"W 55.00 FEET TO A POINT; THENCE RUNNING THROUGH PART OF LOT 242 THE FOLLOWING THREE (3) COURSES AND DISTANCES: S89°17'30"E 1.16 FEET TO A POINT, THENCE, N00°17'44"W 35.00 FEET TO A POINT, THENCE, N89°17'30"W 1.29 FEET TO A POINT IN THE LINE OF PART OF LOT 242, THENCE N00°30'30"W 22.00 FEET TO A POINT, SAID POINT BEING A CORNER COMMON TO SAID PART OF LOT 243 AND SAID PART OF LOT 217; THENCE, RUNNING N89°04'30"W 2.53 FEET TO A POINT; THENCE DEPARTING SAID PART OF LOT 243 AND RUNNING WITH THE LINE COMMON TO PART OF LOT 217, N51°16'00"E 60.52 FEET TO THE POINT OF BEGINNING, CONTAINING 4,388 SQUARE FEET OR 0.10073 ACRES.

- 3 -

88

EXHIBIT
Smother #5
Lubbles'



Copyright ©2007 Pictometry International Corp.

Book 331/310

Exhibit 2

DED BY
McIntosh
RCD BY
McIntosh
JD 10
Abstract House
5/32

```
##################################################
CLAUDE H. WOODWARD, Trustee, et als.   "
                                       "
        to     RELEASE                 "
                                       "
B. M. HEDRICK.                         "
##################################################
```

THIS DEED, made the 1st day of March, 1932, by and between CLAUDE H. WOODWARD and E. GLENN PHELPS, Trustees, parties of the first part; B. M. HEDRICK, party of the second part; and MARY E. HUTCHISON, party of the third part;

WHEREAS, on the 10th day of July, 1928, Dick Missakian et ux, executed a deed of trust on certain property hereinafter described, located in the County of Arlington, State of Virginia, to the said Claude H. Woodward and H. Glenn Phelps, trustees, to secure a certain indebtedness therein set out, said deed of trust being recorded in Deed Book No. 282, at page 570, one of the land records of Arlington County, Virginia; and,

WHEREAS, the said Dick Missakian et ux, have conveyed the said land to Kristopher Dadaian, unmarried, who has conveyed the said land to the said B. M. Hedrick, party of the second part herein; and,

WHEREAS, the said party of the second part has sold the hereinafter described lots or parcels of the land conveyed by the aforesaid deed of trust; and has paid the sum of Forty-five Hundred Dollars ($4,500.00) on account of the said indebtedness to the party hereto of the third part, the holder of the notes thereby secured, who has directed the parties hereto of the first part to execute these presents, as is evidenced by her joining herein;

NOW, THEREFORE, THIS DEED WITNESSETH: that in consideration of the premises and of the sum of Ten Dollars ($10.00), the receipt whereof is hereby acknowledged, the said parties of the first part do hereby release, relinquish, grant and convey unto the said party of the second part, with Special Warranty of Title, the following described lots or parcels of land of the Subdivision of Clarendon, as the same appears duly dedicated, platted and recorded in Deed Book No. 102, at page 138, one of said land records, situate, lying and being in Arlington County, Virginia, which are a part of the land conveyed by the aforesaid deed of trust, and described as follows:

All of Lot Numbered Two Hundred Forty-two (242) the westerly 7.48 feet by the full depth thereof of Lot Numbered Two Hundred Forty-one (241); and that portion of Lot Numbered Two Hundred Seventeen (217) now owned by the said B. M. Hedrick, lying north and west of the property of Judson Reamy, said portion of said Lot 217, having a frontage of 14 feet on Clarendon Avenue by a depth of 60.48 feet, on the northwest boundary thereof, subject however, to a right of way for ingress and egress purposes for the benefit of the owners of lots 238, 239 and 240 over the following portion of the land hereby released and contiguous thereto, said right of way being bounded and described as follows, to-wit:

BEGINNING for the same on the Clarendon Ave., frontage of Lot 217 at the intersection thereof with the northwesterly line of the land of said Reamy and running thence in a northwesterly direction along

said Clarendon Ave. 14 feet; thence S. 51° 16' W. 49.50 feet;
thence in a southeasterly direction and parallel to the line of
Clarendon Ave., 40 feet; thence at right angles to the said line
of Clarendon Ave., in a northeasterly direction 14 feet; thence
northwesterly and parallel to said line of Clarendon Ave., 26 feet
to the corner of said Reamy's land; thence at right angles to said
Clarendon Ave., and along the northwesterly line of said Reamy's
land to Clarendon Ave., and the place of beginning.

The lien of the aforesaid deed of trust is to remain in full force and
effect as to the balance of the said land not hereby released.

WITNESS the following signatures and seals:

> CLAUDE H. WOODWARD ------------------(SEAL)
> Trustee.
>
> H. GLENN PHELPS ------------------(SEAL)
> Trustee.
>
> MARY E. HUTCHISON ------------------(SEAL)
> Holder of Notes.

DISTRICT OF COLUMBIA, to-wit:

I, ROBERT T. HIGHFIELD, a Notary Public of and for the District of Columbia
aforesaid, whose commission expires Dec. 12th, 1932, do certify that CLAUDE H. WOOD-
WARD, Trustee, H. GLENN PHELPS, Trustee, and MARY E. HUTCHISON, holder of notes,
whose names are signed to the writing above and hereto annexed bearing date on the
1st day of March, 1932, have each acknowledged the same before me in my District
aforesaid.

Given under my hand and seal this 9th day of March, 1932.

> ROBERT T. HIGHFIELD

S E A L                                          Notary Public.


VIRGINIA

In the Clerk's Office of the Circuit Court of Arlington County March 14,
1932, this deed was received, and with the annexed certificate admitted to record at
3:15 o'clock P. M.

Teste:


WM. H. DUNCAN, Clerk.


o o o o o o o o o o o o o o o o o o o o o o o o o o oo o o o o o o o o o o o o o o o



-----Original Message-----

-----Original Message-----
From: JohnBoydStrother@aol.com <JohnBoydStrother@aol.com>
To: GUYGRAVETT@aol.com <GUYGRAVETT@aol.com>
Cc: Jim Dunlop
Sent: Thu Feb 12 18:29:46 2009
Subject: Re: Lee Family Disputed Easement

Dear Jim Dunlop,
I, John B. Strother, have never in all my years, ever heard of the Lee
Family, ever staking a claim to my property (ie) my drive way. This was
my driveway and buildable land mass. They had tried to say they hosilely
fence off aportion on an easement of mine onto their lands, now its real
funny they are staking claim to what they had blocked. They can't have
it both ways.
However, to set this straight, The Lee family is claiming something now,
which they had never claimed in the past.
I say, prove it. For my father and I never allowed them to use it. They
had their own way in and as it turns out, they were not good neighbors.
I see that they are being greedy and being grabby. They never had rights
to my lands, and now show that they had plans on illegal taking on said
lands. They have held a grudge that we bought it in the first place.
Since it all was owned by their grandfather and we bought from one of
their uncles.
I do not hold any grudges against anyone. I hadn't known that these were
the same folks that offered us our full price paid and would allow us
the back shop area too. However, it seems that, the Lee family is the
one and this has been festering ever since my father and I bought it.
I really do belive, the Lee family, are grabbing at straws and trying to
preserve their hertiage. However, they have gone at it the wrong way.
Next thing, your know, they will be claiming this to be the little China
Town of Clarendon. Only because their Grandfather was asian of some
kind. ( I hope, I am kidding). They are trying to illegally grab land
rights and trying hard to obtain lands, illegally. Their track record
shows it. They have broken laws, admitted to such, and now trying to
claim additional rights. This would be very laughable, if happened to
someone else.
I had talked with the Lee family before I sold this land. I did so to
make sure there wasn't any hidden things to worry about and they assured
me there wasn't. I guees, at time, they were afraid of that fencing they
put in. Now I bet they think I am either dead or not available to
counter them. They have caused me so much concern and worry since I sold

2



EXHIBIT
Strother #7
6v 7/10/09

ZOM Production 7-2-09
123 of 770

... land, then in all the years I operated a business there. Go figure,
... sold and thought I was done with this property. Now, it's a bigger
head ache than when I owned it.
The Lee Family never had a right, never stated they had a right, nor had
they ever tried to say they had a right to this driveway. It was a
driveway and not an alley. It was my legal address to Irving Street. No
where on the title did it ever claim to be anything other than the
driveway to 1126 N. Irving Street. In all those years, not one word was
ever mentioned. Strange how now they claim this. I bet they don't know
and are trying to bluff. Sure there was an easement for the power lines,
however that does not make it an alley. I was the one that paid for the
apron into my property and I was the one that paid for the paving. So,
if this was a public alley, I wouldn't had had to bare that cost and if
they had a right, then they owe for this work. Strange, isn't it, they
never claimed a thing until now. I know, I have been long winded here.
However, the Lee family, if you want to call them that, have no rights
as far as I know and never did. I believe it is more, Mr Williams, the
son in law whom is the main force behind this. He is one greedy person.
 The Lee Family is a disbanded group at best. My father and I bought
from a disowned Uncle. The man needed money to finish some town houses
he was building. The family wouldn't bail him out, so he sold. We
bought, someone offered my father what we paid and we could keep the
shop in the rear as our own. However, we wanted what we bought and made
a go of it and did well. I did the right thing, I offered, the Lee
Family this property,  for the agreed price I sold, they did not want.
Now they are clouding this property with all this manure.
What does the Lee Family want? To have to go to court and pay for
witnesses and things? They are claiming things as if I am dead. Like I
am not available. That is very foolish. Especially after what has come
to light in the last couple years. For at one time, I would had thougt
maybe they were right on a few matter. However, this matter over my old
driveway is a bit too far fetch to see it as anything but a land grab.
John B. Strother


Nothing says I love you like flowers! Find a florist near you now
<http://yellowpages.aol.com/search?query=florist&ncid=emlcntusyelp000000
02> .
************************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this
communication (including any attachments) was not intended or written to
be used, and cannot be used, for the purpose of (a) avoiding penalties
that may be imposed under the Internal Revenue Code or by any other
applicable tax authority; or (b) promoting, marketing or recommending to
another party any tax-related matter addressed herein. We provide this
disclosure on all outbound e-mails to assure compliance with new
standards of professional practice, pursuant to which certain tax advice
must satisfy requirements as to form and substance.
************************************************************************
************************************************************************
This electronic mail transmission may contain confidential or privileged
information. If you believe you have received this message in error,
please notify the sender by reply
transmission and delete the message without copying or disclosing it.
************************************************************************

3

ZOM Production 7-2-09
124 of 770







EXHIBIT

Shovys

my

#47

10/11/09

tabbies

n. irvine street, arlington, virginia - Google Maps



Go gle maps Address





EXHIBIT #16