




ALTA/ACSM LAND TITLE SURVEY
LOTS 206, 207, 208, 209, 210, 211, 212, 213, 214, 215 & 216
AND PART OF LOTS 217, 241, 242, 243, 244, 245, 246 & 247

CLARENDON

(DEED BOOK 102, PAGE 138)

ARLINGTON COUNTY, VIRGINIA

SCALE: 1" = 20'    DATE: SEPTEMBER 8, 2008

GRAPHIC SCALE

## SYMBOLS

| Symbol | Description |
|---|---|
| | UTILITY POLE |
| | LIGHT POLE |
| | FIRE HYDRANT |
| | PARKING METER |
| | GUY WIRE |
| | BOLLARD |
| | TRAFFIC POLE |
| OHE | OVERHEAD WIRES |
| | STORM MANHOLE |
| | SANITARY MANHOLE |
| | TELEPHONE MANHOLE |
| | WATER MANHOLE |
| | WATER VALVE |
| | WATER METER |
| | GAS VALVE |
| | GAS METER |

## LEGEND

| Abbr. | Meaning | Abbr. | Meaning |
|---|---|---|---|
| BRL | BUILDING RESTRICTION LINE | COR | CORNER |
| BSMT. | BASEMENT | S/W | SIDEWALK |
| CB | CATCH BASIN | PROP | PROPERTY |
| C&G | CURB & GUTTER | STY. | STORY |
| CONC. | CONCRETE | IPS | IRON PIPE SET |
| DB | DEED BOOK | DHS | DRILL HOLE SET |
| PG | PAGE | NS | NAIL SET |
| BLDG | BUILDING | POB | POINT OF BEGINNING |

## SURVEYOR'S CERTIFICATE

TO ZOM MID-ATLANTIC, INC., ZOM CLARENDON, L.P., ZOM, INC., BFV INTERIM FINANCE, B.V., FIRST AMERICAN TITLE INSURANCE COMPANY AND REGIONAL TITLE INC.:

THIS IS TO CERTIFY THAT THIS MAP OR PLAT AND THE SURVEY ON WHICH IT IS BASED WERE MADE IN ACCORDANCE WITH "MINIMUM STANDARD DETAIL REQUIREMENTS FOR ALTA/ACSM LAND TITLE SURVEYS", JOINTLY ESTABLISHED AND ADOPTED BY ALTA AND NSPS IN 2005, AND INCLUDES ITEMS 2, 3, 4, 6, 7(c), 8, 9, 10, 11(c), 13 AND 14 OF TABLE A THEREOF. PURSUANT TO THE ACCURACY STANDARDS AS ADOPTED BY ALTA AND NSPS AND IN EFFECT ON THE DATE OF THIS CERTIFICATION, UNDERSIGNED FURTHER CERTIFIES THAT IN MY PROFESSIONAL OPINION, AS A LAND SURVEYOR LICENSED IN THE COMMONWEALTH OF VIRGINIA, THE RELATIVE POSITIONAL ACCURACY OF THIS SURVEY DOES NOT EXCEED THAT WHICH IS SPECIFIED THEREIN.

DONALD J. ZDANCEWICZ
REGISTRATION NO. 2197

## METES & BOUNDS DESCRIPTION – COMPOSITE

LOTS 206 THROUGH 216, ALL INCLUSIVE, AND PART OF LOTS 217, 241, 242, 243, 244, 245, 246 AND 247, CLARENDON, AS THE SAME APPEARS DULY DEDICATED, PLATTED AND RECORDED IN DEED BOOK 102 AT PAGE 138 AMONG THE LAND RECORDS OF ARLINGTON COUNTY, VIRGINIA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE POINT OF INTERSECTION OF THE SOUTHEASTERLY RIGHT-OF-WAY LINE OF 13TH STREET NORTH, VARIABLE WIDTH RIGHT-OF-WAY, WITH THE SOUTHWESTERLY RIGHT-OF-WAY OF NORTH IRVING STREET, VARIABLE WIDTH RIGHT-OF-WAY, AND RUNNING THENCE WITH THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF NORTH IRVING STREET, S 38°44'00" E 314.00 FEET TO A POINT, SAID POINT BEING A CORNER COMMON TO PART OF LOT 217, CLARENDON; THENCE DEPARTING THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF NORTH IRVING STREET AND RUNNING WITH THE LINE COMMON TO SAID PART OF LOT 217, S 51°16'00" W 35.50 FEET TO A CORNER COMMON TO SAID PART OF LOT 217; THENCE RUNNING WITH THE LINE COMMON TO SAID PART OF LOT 217, S 38°44'00" E 12.00 FEET TO A POINT, SAID POINT BEING IN THE LINE COMMON TO PART OF LOT 241, CLARENDON; THENCE RUNNING WITH THE LINE COMMON TO SAID PART OF LOT 241, S 00°07'21" E 107.93 FEET TO A POINT ON THE NORTHERLY RIGHT-OF-WAY LINE OF WASHINGTON BOULEVARD, VARIABLE WIDTH, SAID POINT BEING A CORNER COMMON TO SAID PART OF LOT 241; THENCE RUNNING WITH THE NORTHERLY RIGHT-OF-WAY LINE OF WASHINGTON BOULEVARD, N 89°04'30" W 157.50 FEET TO A POINT, SAID POINT BEING A CORNER COMMON TO PART OF LOT 246, CLARENDON; THENCE DEPARTING THE NORTHERLY RIGHT-OF-WAY LINE OF WASHINGTON BOULEVARD AND RUNNING WITH THE LINE COMMON TO SAID PART OF LOT 246, N 00°30'30" W 112.00 FEET TO A POINT IN THE LINE OF LOT 218, SAID POINT BEING A CORNER COMMON TO SAID PART OF LOT 246; THENCE RUNNING WITH THE LINE COMMON TO SAID LOT 218, S 89°04'30" E 51.71 FEET TO A POINT, SAID POINT BEING A CORNER COMMON TO SAID LOT 218; THENCE RUNNING WITH THE LINE COMMON TO SAID LOT 218, AND CONTINUING WITH THE LINE COMMON TO LOTS 219, 220, 221, 222, 223 AND PART OF LOT 224, CLARENDON, N 38°44'00" W 254.83 FEET TO A POINT ON THE SOUTHEASTERLY RIGHT-OF-WAY LINE OF 13TH STREET NORTH, SAID POINT BEING A CORNER COMMON TO SAID PART OF LOT 224; AND THENCE RUNNING WITH THE SOUTHEASTERLY RIGHT-OF-WAY LINE OF 13TH STREET NORTH, N 51°16'00" E 115.00 FEET TO THE POINT OF BEGINNING, CONTAINING 51,696 SQUARE FEET OR 1.18678 ACRES.

## METES & BOUNDS DESCRIPTION – PARCEL I

PART OF LOTS 242-247, BLOCK 6, PLAN FOR CLARENDON FOR WOOD HARMON REAL ESTATE ASSOCIATION, AS THE SAME APPEARS DULY DEDICATED, PLATTED AND RECORDED IN DEED BOOK 102 AT PAGE 138, AMONG THE LAND RECORDS OF ARLINGTON COUNTY, VIRGINIA, AND AS IS MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS SET FORTH BELOW:

BEGINNING AT A POINT LOCATED ON THE NORTHERLY RIGHT-OF-WAY LINE OF WASHINGTON BOULEVARD, VARIABLE WIDTH RIGHT-OF-WAY; SAID POINT BEING A CORNER COMMON TO PART OF LOT 243, CLARENDON, THENCE, RUNNING WITH SAID NORTHERLY RIGHT-OF-WAY LINE OF WASHINGTON BOULEVARD, N89°04'30"W 125.00 FEET TO A POINT; SAID POINT BEING A CORNER COMMON TO PART OF LOT 246, CLARENDON; THENCE DEPARTING THE NORTHERLY RIGHT-OF-WAY LINE OF SAID WASHINGTON BOULEVARD AND RUNNING WITH THE LINE COMMON TO SAID PART OF LOT 246, N00°30'30"W 112.00 FEET TO A POINT IN THE LINE OF LOT 218, CLARENDON; SAID POINT BEING A CORNER COMMON TO PART OF LOT 247, CLARENDON; THENCE, DEPARTING SAID PART OF LOT 246 AND RUNNING WITH THE LINE COMMON TO SAID LOT 218 AND CONTINUING WITH THE LINE COMMON TO LOT 216 AND PART OF LOT 217, CLARENDON, S89°04'30"E 125.00 FEET TO A POINT; SAID POINT BEING A CORNER COMMON TO PART OF LOT 242, CLARENDON; THENCE DEPARTING SAID PART OF LOT 217 AND RUNNING S00°30'30"E 22.00 FEET TO A POINT; THENCE RUNNING THROUGH PART OF LOT 242 THE FOLLOWING THREE COURSES AND DISTANCES: S89°17'30"E 1.29 FEET TO A POINT, S00°17'44"E 35.00 FEET TO A POINT AND N89°17'30"W 1.16 FEET TO A POINT IN THE LINE OF PART OF LOT 242; THENCE RUNNING WITH THE LINE COMMON TO SAID PART OF LOT 242, S00°30'30"E 55.00 FEET TO THE POINT OF BEGINNING CONTAINING 14,038 SQUARE FEET OR 0.32227 ACRES.

**VICINITY MAP**
NOT TO SCALE

## OWNER

FAISON-CLARENDON LLC
121 WEST TRADE STREET
27TH FLOOR
CHARLOTTE, NC 28202
DEED BOOK 3944, PAGE 2546
DEED BOOK 3945, PAGE 579
DEED BOOK 3945, PGE 2115
DEED BOOK 3949, PAGE 1427

## METES & BOUNDS DESCRIPTION – PARCEL II

LOTS 206 THROUGH 215, ALL INCLUSIVE, BLOCK 6, ON A PLAN OF CLARENDON FOR WOOD HARMON REAL ESTATE ASSOCIATION, AS THE SAME APPEARS DULY DEDICATED, PLATTED AND RECORDED IN DEED BOOK 102 AT PAGE 138, AMONG THE LAND RECORDS OF ARLINGTON COUNTY, VIRGINIA, AND BEING MORE PARTICULARLY DESCRIBED BY THE FOLLOWING METES AND BOUNDS AS SET FORTH BELOW:

BEGINNING AT THE POINT OF INTERSECTION OF THE SOUTHEASTERLY RIGHT-OF-WAY LINE OF 13TH STREET NORTH, VARIABLE WIDTH RIGHT-OF-WAY, WITH THE SOUTHWESTERLY RIGHT-OF-WAY OF NORTH IRVING STREET, VARIABLE WIDTH RIGHT-OF-WAY, AND RUNNING THENCE WITH THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF NORTH IRVING STREET S38°44'00"E 250.00 FEET TO A POINT, SAID POINT BEING A CORNER COMMON TO LOT 216, CLARENDON; THENCE DEPARTING THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF NORTH IRVING STREET AND RUNNING WITH THE LINE COMMON TO SAID LOT 216 S51°16'00"W 115.00 FEET TO A POINT IN THE LINE OF LOT 218, CLARENDON, SAID POINT BEING A CORNER COMMON TO SAID LOT 216; THENCE RUNNING WITH THE LINE COMMON TO SAID LOT 218, AND CONTINUING WITH THE LINE COMMON TO LOTS 219, 220, 221, 222, 223 AND PART OF LOT 224, CLARENDON, N38°44'00"W 250.00 FEET TO A POINT ON THE SOUTHEASTERLY RIGHT-OF-WAY LINE OF 13TH STREET NORTH, SAID POINT BEING A CORNER COMMON TO SAID PART OF LOT 224; AND THENCE RUNNING WITH THE SOUTHEASTERLY RIGHT-OF-WAY LINE OF 13TH STREET NORTH, N51°16'00"E 115.00 FEET TO THE POINT OF BEGINNING, CONTAINING 28,750 SQUARE FEET, OR 0.66001 ACRES.

## GENERAL NOTES

1. THE PROPERTY DELINEATED HEREON IS SHOWN ON ARLINGTON COUNTY TAX ASSESSMENT MAP 53-3, REAL PROPERTY CODE (RPC) 15078003, 15078004, 15078005, 15078013, 15078014, 15078015, 15078016, 15078017, 15078018 & 15078023 AND IS ZONED C-3.
2. TITLE REPORT FURNISHED BY FIRST AMERICAN TITLE INSURANCE COMPANY, COMMITMENT NUMBER 06501, EFFECTIVE DATE OF NOVEMBER 13, 2006.
3. THIS PROPERTY IS LOCATED IN FLOOD ZONE "C", AN AREA OUTSIDE THE 500 YEAR FLOOD PLAIN, AS SHOWN ON THE FLOOD INSURANCE RATE MAP OF ARLINGTON COUNTY PREPARED BY THE FEDERAL EMERGENCY MANAGEMENT AGENCY, COMMUNITY PANEL NUMBER 515520 0010 B, MAP REVISED MAY 3, 1982.
4. THERE IS NO VISIBLE EVIDENCE OF CEMETERIES OR BURIAL GROUNDS ON THIS PROPERTY.
5. THERE ARE A TOTAL OF 11 DELINEATED PARKING SPACES ON THIS PROPERTY, WITH NONE BEING DESIGNATED FOR HANDICAP PARKING.

## ZONING CODE BULK REGULATIONS

HEIGHT LIMIT:
NO BUILDING, NOR THE ENLARGEMENT OF ANY BUILDING, SHALL BE HEREAFTER ERECTED TO EXCEED SEVENTY-FIVE (75) FEET, EXCEPT BY SITE PLAN AS PROVIDED IN SUBSECTION D OF SECTION 27.

FLOOR AREA REQUIREMENTS:
THE FLOOR AREA IN THIS DISTRICT SHALL NOT EXCEED THE NUMBER OF SQUARE FEET THAT RESULTS FROM COMPLIANCE WITH THE REQUIREMENTS STATED IN THE ORDINANCE WITH NO LESS THAN NINE (9) FEET BETWEEN FLOORS, EXCEPT BY SITE PLAN AS PROVIDED IN SUBSECTION D OF SECTION 27.

SETBACKS:
NO STRUCTURE SHALL BE LOCATED CLOSER TO THE CENTERLINE OF ANY STREET OR OFFICIALLY DESIGNATED STREET RIGHT-OF-WAY THAN FIFTY (50) PERCENT OF THE HEIGHT OF THE BUILDING. FOR ALL "C" AND "M" DISTRICTS EXCEPTING "C-1", "C-1-O", "C-O", "C-H" AND "C-S-C": FORTY (40) FEET FROM SAID CENTERLINE.

SIDE AND REAR YARDS:
FOR ALL "RA4.8", "C" AND "M" DISTRICTS, NOT INCLUDING "C-1-O": NO SIDE OR REAR YARD SHALL BE REQUIRED EXCEPT THAT NO WALL EITHER ON THE SIDE OR REAR OF A LOT ABUTTING AN "R" OR "RA" DISTRICT OR CONTAINING OPENINGS OR WINDOWS, WHETHER OR NOT THEY CAN BE OPENED, SHALL BE LOCATED CLOSER TO SIDE OR REAR LOT LINES THAN EIGHT (8) FEET FOR THE FIRST TEN (10) FEET OF BUILDING HEIGHT, PLUS TWO (2) ADDITIONAL FEET FOR EACH TEN (10) ADDITIONAL FEET OF BUILDING HEIGHT, OR FRACTION THEREOF.

## METES & BOUNDS DESCRIPTION – PARCEL III

ALL OF LOT TWO HUNDRED SIXTEEN (216), AND THE NORTH TWENTY-FIVE (25) FEET BY THE FULL DEPTH OF LOT TWO HUNDRED SEVENTEEN (217), OF THE "CLARENDON SUBDIVISION" AS THE SAME APPEARS DULY PLATTED, DEDICATED AND RECORDED IN DEED BOOK 102, AT PAGE 138, ET SEQ., OF THE LAND RECORDS OF ARLINGTON COUNTY, VIRGINIA; BY "THE NORTH 25 FEET BY THE FULL DEPTH THEREOF OF LOT 217" IS MEANT THAT PART OF LOT 217 LYING BETWEEN THE SOUTHEAST BOUNDARY LINE OF LOT 216 AND A LINE DRAWN ACROSS LOT 217 AT A 25 FOOT SOUTHEAST PERPENDICULAR DISTANCE THEREFROM AND PARALLEL THERETO, WHICH PROPERTY IS NOW MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS SET FORTH BELOW:

BEGINNING AT A POINT ON THE SOUTHWESTERLY RIGHT-OF-WAY OF NORTH IRVING STREET, VARIABLE WIDTH RIGHT-OF-WAY, SAID POINT BEING A CORNER COMMON TO LOT 215, CLARENDON, AND RUNNING THENCE WITH THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF NORTH IRVING STREET, S38°44'00"E 50.00 FEET TO A POINT, SAID POINT BEING A CORNER COMMON TO PART OF LOT 217, CLARENDON; THENCE DEPARTING THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF NORTH IRVING STREET AND RUNNING WITH THE LINE COMMON TO SAID PART OF LOT 217, S51°16'00"W 60.52 FEET TO A POINT, SAID POINT BEING A CORNER COMMON TO SAID PART OF LOT 217 AND PART OF LOT 243, CLARENDON; THENCE RUNNING WITH THE LINE COMMON TO SAID PART OF LOT 243, AND CONTINUING WITH THE LINE COMMON TO PART OF LOT 244 AND PART OF LOT 245, CLARENDON, N89°04'30"W 70.77 FEET TO A POINT; SAID POINT BEING A CORNER COMMON TO LOT 218, CLARENDON; THENCE DEPARTING THE LINE COMMON TO SAID PART OF LOT 245, AND RUNNING WITH THE LINE OF SAID LOT 218, N38°44'00"W 4.83 FEET TO A POINT, SAID POINT BEING A CORNER COMMON TO SAID LOT 215; THENCE DEPARTING THE LINE COMMON TO SAID LOT 218 AND RUNNING WITH THE LINE OF SAID LOT 215, N51°16'00"E 115.00 FEET TO THE POINT OF BEGINNING, CONTAINING 4,520 SQUARE FEET, OR 0.10376 ACRES.

## METES & BOUNDS DESCRIPTION – PARCEL IV

ALL THOSE CERTAIN TRACTS OR PARCELS OF LAND BEING PART OF LOTS 217, 241 AND 242, OF THE SUBDIVISION OF CLARENDON, AS THE SAME APPEARS DULY DEDICATED, PLATTED AND RECORDED IN DEED BOOK 102 AT PAGE 138 AMONG THE LAND RECORDS OF ARLINGTON COUNTY, VIRGINIA, WHICH PROPERTY IS NOW MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS SET FORTH BELOW:

BEGINNING AT A POINT LOCATED ON THE SOUTHWESTERLY RIGHT-OF-WAY OF NORTH IRVING STREET, VARIABLE WIDTH RIGHT-OF-WAY; SAID POINT BEING A CORNER COMMON TO PART OF LOT 217, CLARENDON, THENCE RUNNING WITH THE SOUTHWESTERLY RIGHT OF WAY OF NORTH IRVING STREET, S38°44'00"E 14.00 FEET TO A POINT, THENCE DEPARTING THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF NORTH IRVING STREET AND RUNNING ACROSS SAID PART OF LOT 217, S51°16'00"W 35.50 FEET TO A POINT AND S38°44'00"E 12.00 FEET TO A POINT; THENCE RUNNING ACROSS PART OF LOT 241, CLARENDON, S00°07'21"E 107.93 FEET TO A POINT ON THE NORTHERLY RIGHT-OF-WAY LINE OF WASHINGTON BOULEVARD, VARIABLE WIDTH RIGHT-OF-WAY; THENCE RUNNING WITH THE NORTHERLY RIGHT-OF-WAY LINE OF WASHINGTON BOULEVARD N89°04'30"W 32.50 FEET TO A POINT, SAID POINT BEING A CORNER COMMON TO PART OF LOT 243, CLARENDON; THENCE DEPARTING SAID RIGHT-OF-WAY LINE OF WASHINGTON BOULEVARD AND RUNNING WITH THE LINE COMMON TO SAID PART OF LOT 243, N00°30'30"W 55.00 FEET TO A POINT; THENCE RUNNING THROUGH PART OF LOT 242 THE FOLLOWING THREE (3) COURSES AND DISTANCES: S89°17'30"E 1.16 FEET TO A POINT, THENCE, N00°17'44"W 35.00 FEET TO A POINT, THENCE, N89°17'30"W 1.29 FEET TO A POINT IN THE LINE OF PART OF LOT 242; THENCE N00°30'30"W 22.00 FEET TO A POINT, SAID POINT BEING A CORNER COMMON TO SAID PART OF LOT 243 AND SAID PART OF LOT 217; THENCE, RUNNING N89°04'30"W 2.53 FEET TO A POINT; THENCE DEPARTING SAID PART OF LOT 243 AND RUNNING WITH THE LINE COMMON TO PART OF LOT 217, N51°16'00"E 60.52 FEET TO THE POINT OF BEGINNING, CONTAINING 4,388 SQUARE FEET OR 0.10073 ACRES.

D. Williams
DEPOSITION EXHIBIT
1
PENGAD 800-631-6989

**ALTA/ACSM LAND TITLE SURVEY**
**LOTS 206, 207, 208, 209, 210, 211, 212, 213, 214, 215 & 216 AND PART OF LOTS 217, 241, 242, 243, 244, 245, 246 & 247**

# CLARENDON

(DEED BOOK 102, PAGE 138)

## ARLINGTON COUNTY, VIRGINIA

SCALE: 1" = 20' DATE: SEPTEMBER 8, 2006