

DEPOSITION
EXHIBIT







