Date: 9-25-09

Judge: John F. Anderson
Reporter: FTR

Start: 10:00
Finish: 10:18

Civil Action Number: 09.402cv

Sun Yung Lee

vs.

Zom Clarendon, L.P.

Appearances of Counsel for ( ) Pltf ( ) Deft
( ) Matter is uncontested
Motion to/for:
Ds objections to Rule 26 disclosures - denied

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow
(✓) Order to Follow