**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)**

| | |
|---|---|
| **SUN YUNG LEE**     )  | |
|     **Plaintiff,**     )  | Case No. 1:09CV402 |
| **v.**     )  | |
|          )  | |
| **ZOM CLARENDON, L.P.**     )  | |
|     **Defendant.**     )  | |
|          )  | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, October 9, 2009, at 11:00 A.M, there will be a hearing on Plaintiff Sun Yung Lee's MOTION FOR LEAVE TO FILE A SURREBUTTAL.

                                                      Respectfully submitted,

                                                      SUN YUNG LEE
                                                      By Counsel

**SHER CUMMINGS AND ELLIS**

_____/s/_____
Mark Cummings, Esq.
VSB # 18271
Attorney for Sun Yung Lee
Sher, Cummings & Ellis
3800 North Fairfax Drive, Suite 7
Arlington, Virginia 22203
Phone: (703) 525-1200
Fax: (703) 525-0067
Email: mcummings@SherandCummings.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

E.Andrew Burcher, Esq., VSB # 41310
G. Evan Pritchard, Esq., VSB # 47309
WALSH, COLUCCI, LUBELEY,
EMRICH & WALSH, P.C.
4310 Prince William Parkway, Suite 300
Prince William, VA 22192
Phone: (703) 680-4664
Fax: (703) 680-2161
eaburcher@thelandlawyers.com
gepritchard@thelandlawyers.com


        /s/
Mark Cummings
VSB # 18271
Attorney for Sun Yung Lee
Sher, Cummings & Ellis
3800 North Fairfax Drive, Suite 7
Arlington, Virginia 22203
Phone: (703) 525-1200
Fax: (703) 525-0067
Email: mcummings@SherandCummings.com