# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (ALEXANDRIA DIVISION)

| | |
|---|---|
| **SUN YUNG LEE** | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:09cv402 |
| | ) |
| **ZOM CLARENDON, L.P.** | ) |
|     Defendant. | ) |

### Defendant's Supplemental Motion For Summary Judgment

Pursuant to Federal Rule of Civil Procedure 56, the Defendant ZOM CLARENDON, L.P. ("ZOM") hereby renews its motion for summary judgment in its favor. There are no genuine issues of material fact, and ZOM is entitled to judgment as a matter of law as to all matters in the Complaint.

A Memorandum in Support setting forth the grounds for this Supplemental motion is filed herewith.

Dated: January 20, 2010

                                                                    ZOM CLARENDON, L.P.
                                                                     By Counsel

WALSH, COLUCCI, LUBELEY,
 EMRICH & WALSH, P.C.

/s/ John E. Rinaldi

John E. Rinaldi, Esq., VSB #31580
E. Andrew Burcher, Esq., VSB #41310
G. Evan Pritchard, Esq., VSB # 47309
WALSH, COLUCCI, LUBELEY,
EMRICH & WALSH, P.C.
Attorneys for Defendant
4310 Prince William Parkway, Suite 300
Prince William, VA 22192
Phone: (703) 680-4664
Fax:  (703) 680-2161
jrinaldi@thelandlawyers.com
eaburcher@thelandlawyers.com
gepritchard@thelandlawyers.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 20, 2010, I filed the foregoing Supplemental Motion for Summary Judgment using the CM/ECF system, which will send a notice of electronic filing through the Court's electronic filing systems to counsel for the Plaintiffs as follows:

    Mark D. Cummings, Esq., VSB #18271
    SHER, CUMMINGS & ELLIS
    3800 N. Fairfax Drive, Suite 7
    Arlington, VA 22203
    Phone: (703) 525-1200
    Fax: (703) 525-0067
    mcummings@sherandcummings.com

    WALSH, COLUCCI, LUBELEY, EMRICH & WALSH, P.C.

    /s/ John E. Rinaldi
    John E. Rinaldi, VSB #31580
    Attorney for Defendant
    4310 Prince William Parkway, Suite 300
    Prince William, VA 22192
    Phone: (703) 680-4664
    Fax:  (703) 680-2161
    jrinaldi@thelandlawyers.com