IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SUN YUNG LEE,                              )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )   CIVIL ACTION
                                           )
ZOM CLARENDON, LP,                         )   1:09-cv-402
                                           )
                    Defendant.             )
_____)

REPORTER'S TRANSCRIPT

<u>EVIDENTIARY HEARING</u>

Tuesday, December 8, 2009

---

BEFORE:        THE HONORABLE T.S. ELLIS, III
               Presiding


APPEARANCES:   MARK CUMMINGS, ESQ.
               CARRIE SHANNON, ESQ.

                    For the Plaintiff

               EUGENE ANDREW BURCHER, ESQ.
               JOHN RINALDO, ESQ.

                    For the Defendant


---


MICHAEL A. RODRIQUEZ, RPR/CM/RMR
Official Court Reporter
USDC, Eastern District of Virginia
Alexandria Division

INDEX

| | | | | |
|---|---|---|---|---|
| PLAINTIFF'S FORECAST OF TESTIMONY | | | | 4 |
| DEFENDANT'S FORECAST OF TESTIMONY | | | | 27 |
| WITNESS (Plaintiff) | DIRECT | CROSS | REDIRECT | RECROSS |
| Sun Yung Lee | 45 | 103 | 122 | --- |

(Court recessed)

---

```
 1                INTERPRETER CHAN:  Okay.
 2                THE COURT:  -- in this courtroom.
 3                INTERPRETER CHAN:  Thank you.
 4                THE COURT:  My Rome may not be large, but I am
 5     Caesar.
 6                INTERPRETER CHAN:  Thank you.
 7                THE COURT:  Next question.
 8                (Pause.)
 9                THE COURT:  How much more do you anticipate,
10     Mr. Cummings?
11                ATTORNEY CUMMINGS:  Well, I've got two more
12     time frames to get through --
13                THE COURT:  All right.
14                ATTORNEY CUMMINGS:  -- three more time frames
15     to get through.
16                THE COURT:  And how long do you think that will
17     take you, given the progress that you have made thus far?
18                ATTORNEY CUMMINGS:  Forty-five minutes.
19                THE COURT:  All right.  Let's proceed.
20                We will recess about 12:15 --
21                ATTORNEY CUMMINGS:  Thank you.
22                THE COURT:  -- for lunch.
23     BY ATTORNEY CUMMINGS:
24     Q.    What, if anything, happened on November 15th, 1963?
25     A.    On November 15, 1963, I bought the property, the
```

Case 1:09-cv-00402-TSE-JFA   Document 93-1   Filed 01/20/10   Page 4 of 8

67

1  little house, the driveway; let me drive in and out, and the
2  rights for me to plant the vegetables and paint the little
3  house from there.
4  Q.   Where did she plant the vegetables?
5  A.   Oh, planting the vegetables starting from '65, when my
6  mother-in-law moved in.
7  Q.   Okay. We will get to that in a minute.
8       In 1963, when you purchased the property --
9  A.   Correct.
10 Q.   -- who, if anyone, was in the little house?
11 A.   The office people.
12 Q.   Okay.
13      And directing your attention to 1963 and to --
14 from 1963 to '65, who, if anyone, was in the little house?
15 A.   '63 to '65 -- '65, '65, my father-in-law moved to
16 upstairs. The other people moved out. My father-in-law
17 moved to the upstairs. The ground floor was for selling
18 antique.
19      INTERPRETER CHAN: "Antique."
20      "The ground floor was for selling antique."
21 BY ATTORNEY CUMMINGS:
22 Q.   When did the antique store move in?
23 A.   I don't know when they moved in. My father-in-law and
24 my mother-in-law moved into the upstairs. The ground floor
25 was for T&T.

1  Q.    Who was present at the closing?
2  A.    My parents-in-law, husband, me, and my little baby,
3  and an attorney of my father-in-law.
4  Q.    Okay.
5        Did you receive any documents at that closing?
6        INTERPRETER WU:  Bill Thompson.
7        ATTORNEY RINALDI:  Pardon me?
8        INTERPRETER WU:  Bill Thompson.
9        INTERPRETER CHAN:  Bill Thompson, an attorney
10 of my...
11 BY ATTORNEY RINALDI:
12 Q.    Did you receive any documents at that closing?
13 A.    What kind of document?
14 Q.    Well, can you turn to Tab A in the plaintiff's book of
15 exhibits?
16       This is a copy of one of the documents you
17 received at closing, is it not?
18 A.    Yes.
19 Q.    And do you know what this document is?
20 A.    The document?  Here, here, that's the document at the
21 time I bought from the restaurant here, and up to here, and
22 the little house, and this is on the diagram, the
23 restaurant.  And the little house was drawn there, and the
24 driveway, from here to, from this way to come, and the
25 restaurant.

| | |
|---|---|
| 1 | Q.   And does this document show everything that you bought |
| 2 | when you bought the property? |
| 3 | A.   Everything. |
| 4 | Q.   Including the driveway? |
| 5 | A.   (No verbal response.) |
| 6 | Q.   Okay. |
| 7 |      So you bought the driveway when you bought the |
| 8 | property; is that correct? |
| 9 | A.   I bought the property, so I was able to drive up |
| 10 | through the driveway to the restaurant. |
| 11 | Q.   And this survey is the document that gave you the |
| 12 | ability to do that; is that correct? |
| 13 | A.   Yes, let me use the driveway. I would have the right |
| 14 | to go up to the restaurant. |
| 15 | Q.   And you would have the right to go to the Reamy |
| 16 | property, too, right? |
| 17 |      To the little house. I'm sorry. |
| 18 | A.   Yes. |
| 19 | Q.   Okay. |
| 20 |      Let's go back to Plaintiff's Exhibit Number 24, |
| 21 | the one -- |
| 22 |      ATTORNEY RINALDI:  Is it 22? |
| 23 |      Which is the one she was writing on? |
| 24 |      Is it Defendant's 24A? |
| 25 |      Let's go back to the -- 24A is the document |

1   A.   What little house are you talking about?
2            ATTORNEY CUMMINGS:  I haven't asked a question
3   yet.  I want to make sure she is there.
4            THE COURT:  Well, she can't tell that.  Ask
5   your question.
6            She is not part of your -- you can't confer
7   with an interpreter to establish whether she is looking at
8   the right thing, or anything of that sort.  So you will have
9   to do the best you can.
10           ATTORNEY CUMMINGS:  Thank you, Judge.
11  BY ATTORNEY CUMMINGS:
12  Q.   Directing your attention to the little house --
13  A.   To find my little house, right?
14  Q.   Correct.
15           Now that you have found it, you've testified
16  that sometimes you use the driveway to go to the back of the
17  restaurant; correct?
18           THE COURT:  You are leading.
19           I'll let her answer that, but then cease
20  leading.
21           THE WITNESS:  I use the driveway to the back of
22  the restaurant, to work there.
23  BY ATTORNEY CUMMINGS:
24  Q.   By -- what right did you have to use the little
25  driveway to go to the Reamy house?

```
 1   A.   Ever since we purchased the restaurant, we used the
 2   driveway, and we have the right to use the driveway.
 3   Q.   I asked about the Reamy house.
 4   A.   When we purchased the Reamy house, the lawyer told us
 5   that we could use the driveway to go to the Reamy house.
 6           ATTORNEY CUMMINGS:  Thank you.
 7           THE WITNESS:  We could use it.
 8           ATTORNEY CUMMINGS:  Thank you, your Honor.
 9           ATTORNEY RINALDI:  No questions, your Honor.
10           THE COURT:  I guess not.
11           All right, Ms. Lee, you may step down.
12           THE WITNESS:  Thank you.
13           (Witness excused.)
14           THE COURT:  I want to renew my urging of
15   counsel and the parties to find a way to settle this case on
16   a sensible and fair basis.  It cries out for it.  It cries
17   out for it.
18           And I am confident that you will do that,
19   because I think counsel have already demonstrated to me that
20   they want to reach a fair and equitable settlement in this
21   case.  I trust you will continue your efforts in this
22   regard.
23           I have set a subsequent hearing for the 22nd,
24   but let me ask that you report back to the Court on the
25   results by next Tuesday, which is the 18th -- the 15th of
```