IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

F I L E D
FEB 2 4 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| SUN YUNG LEE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:09cv402 |
| ) | |
| ZOM CLARENDON, L.P., ) | |
|     Defendant. ) | |

## ORDER

The matter is before the Court on plaintiff's claim to an easement by prescription, which claim was taken under advisement following a bench trial on the issue. For the reasons stated in the accompanying Memorandum Opinion of February 24, 2010, judgment must be entered in favor of defendant on plaintiff's claim to an easement by prescription. Previously, summary judgment was granted in favor of defendant on plaintiff's claim to (i) an easement expressly granted or reserved, and (ii) an easement by implication. *See Lee v. ZOM Clarendon, L.P.*, --- F. Supp. 2d ----, 1:09cv402 (E.D. Va. Oct. 22, 2009) (Mem. Op.).

Accordingly, and for good cause,

It is hereby **ORDERED** that the Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P., in favor of defendant on plaintiff's claims to an easement expressly granted or reserved, an easement by implication, and an easement by prescription.

The Clerk is directed to send a copy of this Order to counsel of record and to place the matter among the ended causes.

Alexandria, VA
February 24, 2010

/s/
T. S. Ellis, III
United States District Judge