IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Sun Yung Lee | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:09cv402 |
| | ) | |
| Zom Clarendon, L.P. | ) | |
| | ) | |
| Defendant | ) | |

**<u>JUDGMENT</u>**

Pursuant to the Order of this Court entered February 24, 2010 and in accordance with

Federal Rule of Civil Procedure 58,  JUDGMENT is hereby entered in favor of the defendant,

Zom Clarendon, L.P., against the plaintiff  Sun Yung Lee.

FERNANDO GALINDO, CLERK

By: _____/s/_____
Deputy Clerk

February  24, 2010
Alexandria, Virginia