**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(ALEXANDRIA DIVISION)**

| | | |
|---|---|---|
| **SUN YUNG LEE** | ) | |
|     **Plaintiff,** | ) | Case No. 1:09CV402 |
| **v.** | ) | |
| | ) | |
| **ZOM CLARENDON, L.P.** | ) | |
|     **Defendant.** | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that SUN YUNG LEE, above named, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the United States District Court for the Eastern District of Virginia's February 24, 2010 Order entering judgment for defendant ZOM.

As Plaintiff Lee files this Notice of Appeal within 30 days of the District Court's Order, this Notice of Appeal is timely filed pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure.

Respectfully submitted,

SUN YUNG LEE
By Counsel

**SHER CUMMINGS AND ELLIS**

_____/s/_____
Mark Cummings, Esq., VSB # 18271
Attorney for Sun Yung Lee
Sher, Cummings & Ellis
3800 North Fairfax Drive, Suite 7
Arlington, Virginia 22203
Phone: (703) 525-1200
Fax: (703) 525-0067
Email: mcummings@SherandCummings.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23nd day of March 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

E.Andrew Burcher, Esq., VSB # 41310
G. Evan Pritchard, Esq., VSB # 47309
WALSH, COLUCCI, LUBELEY,
EMRICH & WALSH, P.C.
4310 Prince William Parkway, Suite 300
Prince William, VA 22192
Phone: (703) 680-4664
Fax: (703) 680-2161
eaburcher@thelandlawyers.com
gepritchard@thelandlawyers.com


_____/s/_____
Mark Cummings, Esq., VSB # 18271
Attorney for Sun Yung Lee
Sher, Cummings & Ellis
3800 North Fairfax Drive, Suite 7
Arlington, Virginia 22203
Phone: (703) 525-1200
Fax: (703) 525-0067
Email: mcummings@SherandCummings.com